| **Fill in this information to identify the case:** |
|---|
| **United States Bankruptcy Court for the:** |
| **District of** Delaware _____ |
|                 (State) |
| Case number (*if known*): _____  Chapter ___11_____ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Orexigen Therapeutics, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business* as names. | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65 - 1178822** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3344 N. Torrey Pines Court**<br>Number    Street<br><br>**Suite 200**<br><br>**La Jolla        CA      92037**<br>City    State    Zip Code<br><br><br><br>**San Diego County**<br>County | **Mailing address, if different from principal place of business**<br><br>Name    Street<br><br>P.O. Box<br><br>City    State    Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Name    Street<br><br>City    State    Zip Code |
| 5. | **Debtor's website** (URL) | **www.orexigen.com** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor  **Orexigen Therapeutics, Inc.**          Case number (*if known*)_____
              Name

| | |
|---|---|
| **7. Type of debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80b-2(a)(11))<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes<br><br>3254 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,556,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　MM/ DD/ YYYY<br>　　　　Case number, if known _____ |

Debtor  **Orexigen Therapeutics, Inc.**                                    Case number (*if known*)_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                  Number   Street<br>_____<br>_____<br>City                                                                 State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one*:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors |
| **14. Estimated number of creditors** | ☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000<br>☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000<br>☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000<br>☒ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☒ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  Orexigen Therapeutics, Inc.                      Case number (if known) _____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/12/2018
                MM / DD / YYYY

X _____     Michael A. Narachi
  Signature of authorized representative of debtor           Printed name

Title  President and Chief Executive Officer

**18. Signature of attorney**

X  /s/ Robert J. Dehney                              Date  3/12/2018
  Signature of attorney for debtor                          MM / DD / YYYY

Robert J. Dehney
Printed name

Morris Nichols Arsht & Tunnell LLP
Firm name

1201 North Market Street, 16th Floor, P.O. Box 1347
Number Street

Wilmington                                          Delaware     19899-1347
City                                                State        ZIP Code

(302) 658-9200                                      rdehney@mnat.com
Contact phone                                       Email address

No. 3578                                            DE
Bar number                                          State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

**In re**

**Orexigen Therapeutics, Inc.,**                     **Case No.**

                                                     **Chapter 11**

                      **Debtor.[1]**

-----------------------------------------------------------------x

**Attachment to Voluntary Petition for Non-Individuals Filing for**
**Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-33415.

2. The following financial data is the latest available information and refers to the debtor's condition on November 30, 2017.

   a.  Total assets                                      $      265,100,000

   b.  Total debts (including debts listed in 2.c., below)   $      226,400,000

   c.  Debt securities held by more than 500 holders

   | | | | | | | Approximate number of holders: |
   |---|---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | | |

   d.  Number of shares of preferred stock         10,000,000 authorized, 219,994 outstanding
   e.  Number of shares common stock               300,000,000 authorized; 18,887,033 outstanding

   Comments, if any:  None of the Debtor's securities are held by more than 500 holders

3. Brief description of debtor's business: The Debtor is Biopharmaceutical Company focused on the treatment of obesity.

---

[1] The last four digits of the Debtor's federal tax identification number are 8822.  The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA 92037.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

The Baupost Group, L.L.C.

GLG LLC

Domain Associates, L.L.C.

Official Form 201A            Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

2

**PROPOSED RESOLUTIONS FOR**
**THE BOARD OF DIRECTORS (the "Board") OF**
**OREXIGEN THERAPEUTICS, INC. (the "Company")**

**Authorization of Chapter 11 Restructuring**

**WHEREAS**, the Board has reviewed and considered, among other things, the financial condition of the Company on the date hereof; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company and its equity, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code to implement a restructuring or sale of the Company; and it is

**FURTHER RESOLVED**, that any Officer be, and each hereby is, authorized and directed on behalf of the Company to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case") in such form and at such time as the Officer executing the Petition on behalf of the Company shall determine, such determination to be conclusively evidenced by the execution thereof by such Officer; and it is

**FURTHER RESOLVED**, that the retention of the law firm of Hogan Lovells US LLP ("Hogan Lovells"), to represent the Company as general bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Officer, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Hogan Lovells; and it is

**FURTHER RESOLVED**, that the retention of the law firm of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), to represent the Company as general bankruptcy co-counsel and Delaware bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Officer, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the

name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Morris Nichols; and it is

**FURTHER RESOLVED**, that the retention of Ernst and Young LLP ("EY"), to provide the Company with financial advisory services on the terms set forth in its engagement letter between EY and the Company, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Officer, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of EY; and it is

**FURTHER RESOLVED**, that the retention of Perella Weinberg Partners ("PWP"), to provide the Company with investment banking services on the terms set forth in its engagement letter between PWP and the Company, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Officer, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of PWP; and it is

**FURTHER RESOLVED**, that the retention of Kurtzman Carson Consultants LLC ("KCC"), as notice, claims and balloting agent in connection with the Chapter 11 Case is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Officer, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of KCC; and it is

**FURTHER RESOLVED**, that in connection with the Chapter 11 Case, the Board authorizes and approves the execution, delivery and performance of that certain loan and security agreement (the "DIP Facility") among the Company, as borrower, Wilmington Trust, N.A., as DIP Administrative Agent, and the DIP Lenders party thereto, as lenders, substantially on the terms of the draft loan and security agreement, which has been provided to the Board, and with such changes as the Officers or any of them executing the same shall approve, and any other agreements, consents, certificates, amendments, assignments and instruments in connection therewith (together with the DIP Facility, the "DIP Loan Documents"), and (b) the Officers or any one of them shall be, and hereby are, authorized and empowered, in the name and on behalf of the Company, to negotiate, execute, deliver, and perform or cause the performance of the DIP Loan Documents, as such Officers or any one of them executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the DIP Loan Documents and other arrangements necessary, appropriate, proper, or desirable in the interest of the Company in connection with the Chapter 11 Case, such determination to be conclusively evidenced by such execution or taking of such action; and it is

**FURTHER RESOLVED**, that the Officers or any one of them be, and each hereby is, authorized to execute, deliver and file or cause to be executed, delivered and filed (or direct others to do so on their behalf as provided herein) all documents determined by any Officer to be necessary or appropriate, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and to take any and all other actions which he or she determines to be necessary and proper in connection with the Chapter 11 Case, such determination to be conclusively evidenced by the execution, delivery or filing thereof or the taking of any such other action by such Officer; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Officers or other agent of the Company (i) to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or (ii) in connection with the DIP Loan Documents, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the Officers or any one of them be, and each hereby is, authorized and empowered to prepare, execute and deliver for and on behalf of the Company (as a debtor and debtor in possession, as applicable), and to cause the Company to perform its obligations under, such agreements, instruments, certificates and any and all other documents and amendments or other modifications necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, without limitation, (i) as may be contemplated by the DIP Loan Documents, (ii) as otherwise may be determined to be necessary or appropriate by such Officer in connection with the transactions contemplated by the DIP Loan Documents and the exercise or performance by the Company of its rights or obligations thereunder, or (iii) as may be determined to be necessary or appropriate by such Officer in connection with the conduct of the Chapter 11 Case, including, without limitation, any disclosure statement and/or other plan documents, containing such provisions, terms, conditions, covenants, warranties and representations as may be determined to be necessary or appropriate by the Officer or Officers so acting, such determination to be conclusively evidenced by the execution thereof by such Officer; and it is

**FURTHER RESOLVED**, that the Officers or any one of them be, and each hereby is, authorized and empowered to engage such further accountants, counsel, consultants or advisors and to do such other acts and things as may be determined to be necessary or appropriate by the Officer or Officers so acting in order to fully effectuate the purpose and intent of the foregoing resolutions and to accomplish the transactions contemplated thereby, such determination to be conclusively evidenced by the retention or taking of any such action by such Officer; and it is

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

IN WITNESS WHEREOF, the undersigned has signed this Certificate as to Resolutions on this ___12___th day of __March_____, 2018.

 

*[signature]*
_____
Thomas P. Lynch
EVP, Chief Administrative Officer,
General Counsel and Secretary

*[Signature Page to Secretary Certificate]*

Orexigen Legal
*[initials]*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
|---|---|
| Orexigen Therapeutics, Inc., | Case No.: 18-_____ (___) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(A)(1)

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's outstanding equity interests.

| Orexigen Therapeutics, Inc. | | |
|---|---|---|
| **SHAREHOLDER/MEMBERSHIP INTEREST** | **NATURE OF INTERESTS HELD** | **APPROXIMATE PERCENTAGE OF SHARES HELD** |
| The Baupost Group, L.L.C. | Common Stock | 11.8% |

---

[1] The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA, 92037.

Official Form 202

# Declaration under Penalty of Perjury for Non-Individual Debtors

12

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Forms 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration: **Creditor Matrix and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/12/2018
       MM/DD/YYYY

× _____
Signature of individual signing on behalf of debtor

**Michael A. Narachi**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor

| Debtor | **Orexigen Therapeutics, Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**Fill in this information to identify the case:**

Debtor name <u>Orexigen Therapeutics, Inc.</u>

United States Bankruptcy Court for the District of <u>Delaware</u>
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Bank National Association<br>60 Livingston Avenue<br>St. Paul, MN 55107 | Rick Prokosch<br>(651) 466-6619<br>rick.prokosch@usbank.com | Indenture Trustee to 2.75% Convertible Exchange Senior Notes due 2020 | | | | $38,942,000 |
| 2 | Wilmington National Trust Association<br>1100 Market Street<br>Wilmington, DE 19890 | W. Thomas Morris II<br>(302) 636-6432<br>TMorris@WilmingtonTrust.com | Indenture Trustee to 2.75% Convertible Senior Notes due 2020 | | | | $25,343,000 |
| 3 | VML, Inc.<br>303 2nd Street<br>North Tower, Suite 300<br>San Francisco, CA 94107 | Legal Department<br>Fax: (816) 817-1065 | Trade Debt | | | | $13,903,843 |
| 4 | McKesson Specialty Arizona, Inc.<br>PO Box 370<br>Chicago, IL 60693 | McKesson Patient Relationship Solutions<br>General Manager<br>Fax: (480) 663-4990 | Savings Card Adjudicator | | | | $7,500,000 |
| 5 | Cardinal Health 105, Inc.<br>Specialty Pharmaceutical Services<br>15 Ingram Boulevard<br>La Vergne, TN 37086 | Associate General Counsel<br>Fax: (614) 757-8919 | Title Model Settlement | | | | $5,541,434 |
| 6 | Young & Rubicam, Inc.<br>3 Columbus Circle<br>New York, NY 10019 | Chief Financial Officer, Fax: (212) 537-9371<br>VP, Legal & Corporate Affairs: legal@yrgrp.com | Trade Debt | | | | $5,162,397 |
| 7 | Inventiv Commercial Services<br>500 Atrium Drive<br>Somerset, NJ 08873 | VCS General Counsel<br>President, Fax: (732) 537-4999 | Trade Debt | | | | $3,775,000 |

Debtor   **Orexigen Therapeutics, Inc.**                Case number (*if known*) _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Google, Inc.<br>488 Madison Avenue<br>4th floor<br>San Francisco, CA 94139 | Legal Department<br>Company Fax: (653) 253-0001 | Trade Debt | | | | $925,643 |
| 9 | CVS Caremark<br>9501 E Shea Blvd. Road<br>Scottsdale, AZ 85260 | Vice President, Manufacturer Contracting, Law Department<br>Fax: (480) 314-8231 | MCO / PBM | | | | $926,700 |
| 10 | McKesson Specialty Arizona, Inc.<br>PO Box 370<br>Chicago, IL 60693 | General Manager<br>Fax: (480) 663-4990 | Wholesaler | | $822,481 | $822,481 | -- |
| 11 | Facebook<br>555 Madison Ave<br>Suite 1201<br>Chicago, IL 60693 | Legal Department<br>Company Phone: (650) 543-4800<br>legal@facebook.com | Trade Debt | | | | $548,712 |
| 12 | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | Vice President<br>Fax: (614) 757-8337 | Wholesaler | | $542,177 | $542,177 | -- |
| 13 | Oregon Health Science University<br>601 Union Street<br>Suite 4860<br>Portland, OR 97239 | Legal Department<br>Company Fax: (503) 494-4729 | Royalty | | | | $476,000 |
| 14 | Abelson-Taylor<br>33 W. Monroe St.<br>Chicago, IL 60603 | Company Phone: (312) 894-5500<br>info@abelsontaylor.com | Trade Debt | | | | $430,639 |
| 15 | Patheon, Inc.<br>2335 Oxford Avenue<br>Chicago, IL 60673 | General Counsel<br>Fax: (919) 474-2269 | Inventory / Warehouse | | | | $289,189 |
| 16 | AmerisourceBergen Corporation<br>227 Washington St.<br>Conshohocken, PA 19428 | General Counsel<br>Fax: (610) 727-3608 | Wholesaler | | $199,578 | $199,578 | -- |
| 17 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | General Counsel<br>Fax: (800) 417-8163 | MCO / PBM | | | | $177,954 |
| 18 | OptumRx, Inc.<br>19700 Von Karman<br>Irvine, CA 92614 | SVP, Contracting / Industry Relations<br>Fax: (714) 252-0420 | MCO / PBM | | | | $172,908 |
| 19 | Microsoft Online<br>PO Box 847543<br>Dallas, TX 75284-7543 | Legal Department<br>Parent Company Fax: (425) 706-7329 | Trade Debt | | | | $97,236 |

Debtor  **Orexigen Therapeutics, Inc.**                              Case number (*if known*) _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 IQVIA Inc. 100 IMS Drive Parsippany, NJ 07054 | Fax: (866) 879-1325 | Trade Debt | | | | $96,991 |
| 21 Hyatt Regency La Jolla PO Box 847193 Dallas, TX 75284 | Legal Department Property Fax Number: (858) 552-6066 | Trade Debt | | | | $84,605 |
| 22 ProCare Pharmacy Benefit Manager, Inc 1267 Professional Parkway Gainesville, GA 30507 | Rebate Contracting Department Company Fax: (678) 281-7586 | MCO / PBM | | | | $81,412 |
| 23 Cardinal Health 105, Inc PO Box 978709 Dallas, TX 75397-8709 | Associate General Counsel Fax: (614) 757-8919 | Third Party Logistics | | | | $77,720 |
| 24 Prime Therapeutics, Inc. 1305 Corporate Center Drive Eagen, MN 55121 | VP Pharmaceutical Trade Relations Company Fax: (651) 286-4263 | MCO / PBM | | | | $74,220 |
| 25 PPD Development 4000 Centregreen Way Chicago, IL 60693 | General Counsel Fax: (910) 762-5820 | Trade Debt | | | | $65,851 |
| 26 Carleson Production Group PO Box 816 Roseville, CA 95661 | President Phone: (650) 245-9194 | Trade Debt | | | | $59,533 |
| 27 Compliance Implementation Services - Deloitte 3020 Carrington Mill Blvd., Suite 400 Morrisville, NC 27560 | Legal Department Company Fax: (855) 412-5873 | MCO / PBM Services | | | | $56,253 |
| 28 Takeda Pharmaceuticals America, Inc One Takeda Parkway Deerfield, IL 60015 | General Counsel Company Phone: (224) 554-6500 | Trade Debt | Unliquidated Disputed | | | -- |
| 29 KARIM KHOJA c/o 912 Cole Street #251 San Francisco, CA 94117 | Ramzi Abadou, Lead Counsel Phone: (415) 231-4313 | Pending Litigation | Contingent Unliquidated Disputed | | | -- |
| 30 Everyday Health Media LLC c/o Neil Klausner 1740 Broadway New York, NY 10019 | Neal H. Klausner, Lead Counsel Phone: (212) 468-4992 | Pending Litigation | Contingent Unliquidated Disputed | | | -- |

Official Form 202

# Declaration under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Forms 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration: **Creditor Matrix and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/12/2018__
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Michael A. Narachi**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor