**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Orexigen Therapeutics, Inc. | : | Case No.18-10518 (KG) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Wilmington Savings Fund Society, FSB as Indenture Trustee**, Attn: Geoffrey J. Lewis & Patrick Healy, 500 Delaware Avenue Wilmington, DE 19801, Phone: (302) 573-3218

2. **McKesson Specialty Health**, Attn: Erin Beesley, 5701 North Pima Road Scottsdale, AZ 85250, Phone: (408) 663-4088

3. **Young & Rubicam, LLC.** Attn: Deny Maric., 3 Columbus Circle New York, NY 10019, Phone: (212) 210-3000

                                           ANDREW R. VARA
                                           Acting United States Trustee, Region 3

                                           /s/ *Timothy Fox* for
                                           T. PATRICK TINKER
                                           ASSISTANT UNITED STATES TRUSTEE

DATED: March 27, 2018

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Andrew Remming, Esq., Phone: (302) 658-9200, Fax: (302) 658-3989