**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (KG) |
| Debtor.[1] | **RE: D.I. 6** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR TRANSFERS OF EQUITY SECURITIES AND (II) ESTABLISHING A RECORD DATE FOR NOTICE AND SELL-DOWN PROCEDURES FOR TRADING IN CLAIMS AGAINST THE DEBTOR'S ESTATE**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), proposed co-counsel to the above-captioned debtor and debtor-in-possession (the "Debtor"), is aware of no formal or informal objection or other responsive pleading to the final relief requested in the **Motion For Entry Of Interim And Final Orders (I) Establishing Notice And Objection Procedures For Transfers Of Equity Securities And (II) Establishing A Record Date For Notice And Sell-Down Procedures For Trading In Claims Against The Debtor's Estate** (D.I. 6) (the "Motion"), filed on March 12, 2018.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice of motion, the deadline to object to the approval of the final relief requested in the Motion was April 3, 2018 at 4:00 p.m. (Eastern Time) (the

---

[1] The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA, 92037.

"Objection Deadline"). The Objection deadline to the final relief requested in the Motion was extended for the Official Committee of Unsecured Creditors until April 6, 2018 at 4:00 p.m. (Eastern Time) and Wilmington Trust as Trustee for the 2.75% Convertible Senior Notes Due 2020 until April 9, 2018 at 12:00 (noon) (Eastern Time), and no informal or formal responses were filed. No additional extension of the Objection Deadline was granted.

WHEREFORE, it is respectfully requested that the order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 9, 2018
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jose F. Bibiloni*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Jose F. Bibiloni (No. 6261)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
jbibiloni@mnat.com

- and -

Christopher R. Donoho, III (admitted *pro hac vice*)
Christopher R. Bryant (admitted *pro hac vice*)
John D. Beck (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.donoho@hoganlovells.com
christopher.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Proposed Counsel for Debtor and Debtor in Possession*