# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (KG) |
| Debtor.[1] | Re: D.I. 424, 506 |

## ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code: (i) extending the period during which the Debtor has the exclusive right to file a plan through and including October 8, 2018, and (ii) extending the period during which the Debtor has the exclusive right to solicit acceptances thereof through and including December 7, 2018; and upon the record in this case; and adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtor may file a plan under section 1121(b) of the Bankruptcy Code is extended through and including **October 8, 2018**.

---

[1] The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA 92037.

[2] Capitalized terms not defined herein are defined in the Motion.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtor may solicit acceptances to any proposed plan under section 1121(c)(3) of the Bankruptcy Code is extended through and including **December 7, 2018**.

4. This Order shall be without prejudice to the Debtor's right to seek further extensions of the time within which only the Debtor may file and solicit acceptances of a plan.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: July 13, 2018
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE