**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OREXIGEN THERAPEUTICS, INC.,<br><br>Debtor.¹ | Chapter 11<br><br>Case No. 18-10518 (KG)<br><br>**Objection Deadline: August 21, 2018**<br>**Hearing Date: TBD** |

**NOTICE OF McKESSON'S MOTION FOR AN ORDER DETERMINING THAT
McKESSON IS ENTITLED TO THE DISPUTED FUNDS**

PLEASE TAKE NOTICE that on July 30, 2018, McKesson Corporation ("**McKesson Corp.**" and together with McKesson Patient Relationship Solutions ("**MPRS**"), a business unit of McKesson Specialty Arizona, Inc., a wholly owned subsidiary of McKesson Corp., "**McKesson**"), by and through its counsel, filed its Motion for an Order Determining that McKesson is Entitled to the Disputed Funds (the "**Motion**").

You are required to file a response or objection to the Motion on or before **August 21, 2018** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by the below-listed counsel for McKesson.

A HEARING ON THE MOTION WILL BE HELD ON A DATE TO BE DETERMINED before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA 92037.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 30, 2018  
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Kurt F. Gwynne*  
Kurt F. Gwynne (No. 3951)  
1201 Market Street, Suite 1500  
Wilmington, Delaware 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com

and

Jeffrey K. Garfinkle (admitted *pro hac vice*)  
Daniel H. Slate (admitted *pro hac vice*)  
Buchalter, A Professional Corporation  
18400 Von Karman Avenue, Suite 800  
Irvine, California 92612-0514  
Telephone: (949) 760-1121  
E-mail: jgarfinkle@buchalter.com  
E-mail: dslate@buchalter.com

*Counsel for McKesson Corporation and McKesson Patient Relationship Solutions, a business unit of McKesson Specialty Arizona, Inc.*