# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OREXIGEN THERAPEUTICS, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-10518 (KG)<br><br>Re: Docket No. _____ |

### ORDER GRANTING McKESSON'S MOTION FOR AN ORDER DETERMINING THAT McKESSON IS ENTITLED TO THE DISPUTED FUNDS

Upon consideration of McKesson's[2] Motion for an Order Determining that McKesson is Entitled to the Disputed Funds (the "Motion") and any timely response in opposition to the Motion, and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), for the reasons set forth in the Motion, it is hereby:

ORDERED THAT, the Motion is GRANTED as set forth herein; and it is

ORDERED THAT, the Debtor is directed to make payment in accordance to paragraph 5 of the May Stipulation; and it is

ORDERED THAT, this Court shall retain jurisdiction over issues relating to or arising from the implementation of this Order.

Dated: _____, 2018
Wilmington, Delaware

BY THE COURT:

_____
KEVIN GROSS
U.S. BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA 92037.

[2] Capitalized terms used but not defined in this Order shall have their respective meanings ascribed to them in the Motion.