## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (KG) |
| Debtor.[1] | Re: Docket Nos. 654 and 655 |

### CERTIFICATE OF SERVICE

I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on this 30th day of July, 2018, a true and correct copy of the (i) **McKESSON'S MOTION FOR AN ORDER DETERMINING THAT McKESSON IS ENTITLED TO THE DISPUTED FUNDS** and (ii) **DECLARATION OF ERIN BEESLEY IN SUPPORT OF MOTION FOR AN ORDER DETERMINING THAT McKESSON IS ENTITLED TO THE DISPUTED FUNDS** was electronically filed via the Court's CM/ECF system and thereby served on those parties having to consented to electronic service; and also was served separately on the parties on the attached service list via First Class United States Mail.

Dated: July 30, 2018          By:  */s/ John B. Lord*
                                    John B. Lord
                                    Bankruptcy Paralegal
                                    REED SMITH LLP
                                    1201 Market Street, Suite 1500
                                    Wilmington, DE 19801
                                    E-mail jlord@reedsmith.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA 92037.

Service List

1992 MSF International Ltd
Attn Jason Hempel
40 West 57th St 32nd Floor
New York, NY 10019

1992 Tactical Credit Master Fund, L.P.
Attn Jason Hempel
40 West 57th St 32nd Floor
New York, NY 10019

US Bank National Association
60 Livingston Avenue
St Paul, MN 55107

Arnold & Porter Kaye Scholer LLP
D Tyler Nurnberg, Ginger Clements
70 West Madison Street Suite 4200
Chicago, IL 60602

Arnold & Porter Kaye Scholer LLP
Alan Glantz, D Tyler Nurnberg
250 West 55th St
New York, NY 10019-9710

Baupost Group Securities, L.L.C.
c/o State Street Bank and Trust
Attn Mike Manganaro
200 Newport Ave 6th Floor
North Quincy, MA 02171

Biotechnology Value Fund II, LP
c/o BVF Partners
Attn Mark Lampert
One Sansome St 30th Fl
San Francisco, CA 94104

Biotechnology Value Fund, LP
c/o BVF Partners
Attn Mark Lampert
One Sansome St 30th Fl
San Francisco, CA 94104

Biotechnology Value Trading Fund OS, LP
c/o BVF Partners
Attn Mark Lampert
One Sansome St 30th Fl
San Francisco, CA 94104

Brown Rudnick, LLP
Robert J Stark
7 Times Square
New York, NY 10036

Brown Rudnick, LLP
Steven B Levine
One Financial Center
Boston, MA 02111

1992 Funds
Attn Damon P Meyer
40 West 57th St 32nd Floor
New York, NY 10019

CC Arbitrage Ltd.
Attn Peter Fletcher
227 West Monroe Ste 3550
Chicago, IL 60606

CC ARB SIF I Ltd
Attn Peter Fletcher
227 West Monroe Ste 3550
Chicago, IL 60606

Delaware Attorney General
Matthew Denn
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Department of Justice US Attorney General
Commercial Litigation Branch
950 Pennsylvania Ave NW
Washington, DC 20530

Doshi Legal Group, PC
Amish R Doshi
1979 Marcus Ave Suite 210E
Lake Success, NY 11042

Duane Morris LLP
Christopher M Winter, Jarret P Hitchings
222 Delaware Ave, Suite 1600
Wilmington, DE 19801-1659

EcoR1 Capital Fund LP
Attn Oleg Nodelman
409 Illinois St
San Francisco, CA 94158

EcoR1 Capital Fund Qualified LP
Attn Oleg Nodelman
409 Illinois St
San Francisco, CA 94158

CC ARB West, LLC
Attn Peter Fletcher
227 West Monroe Ste 3550
Chicago, IL 60606

Greenberg Traurig, LLP
Dennis A. Meloro
1007 North Orange St Suite 1200
The Nemours Building
Wilmington, DE 19801

Greenberg Traurig, LLP
Maria DiConza Ryan Wagner
200 Park Avenue
MetLife Building Leo Muchnik
New York, NY 10166

Highbridge International LLC
c/o Highbridge Capital Mgmt LLC
Attn Jason Hempel
40 W 57th St Floor 32
New York, NY 10019

Highbridge Tactical Credit & Convertibles Master
Fund LP
c/o Highbridge Capital Mgmt LLC
Attn Jason Hempel
40 W 57th St Floor 32
New York, NY 10019

Hogan Lovells US LLP
Christopher Donoho, Christopher Bryant, John
Beck
875 Third Ave
New York, NY 10022

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Investment 10, LLC
c/o BVF Partners
Attn Mark Lampert
One Sansome St 30th Fl
San Francisco, CA 94104

KCC
Angela Nguyen
2335 Alaska Ave
El Segundo, CA 90245

K&L Gates LLP
John R. Gardner
P.O. Box 17407 (27619-7047)
4350 Lassiter at North Hills Avenue, Suite 300
Raleigh, NC 27609

Whiteford, Taylor & Preston LLC
Christopher Samis, L Katherine Good, Aaron
Stulman
405 North King St Ste 500
The Renaissance Centre
Wilmington, DE 19801

McKesson Specialty Health
Attn Erin Beesley
5701 North Pima Road
Scottsdale, AZ 85250

Morris James LLP
Eric J. Monzo, Brenna A. Dolphin
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Morris, Nichols Arsht & Tunnell LLP
Robert Dehney, Andrew Remming,
120 N Market St, 16th Fl
PO Box 1347
Wilmington, DE 19899-1347

MSI BVF SPV, LLC
c/o BVF Partners
Attn Mark Lampert
One Sansome St 30th Fl
San Francisco, CA 94104

Nineteen77 Global Multi-Strategy Alpha Master
Limited
c/o UBS O'Connor LLC
Joseph Workman Andrew Martin
1 North Wacker Dr 32nd Fl
Chicago, IL 60606

Ninteen77 Global Multi-Strategy Alpha
(Levered) Master Limited
c/o UBS O'Connor LLC
1 North Wacker Dr 32nd Fl
Chicago, IL 60606

O'Connor Global Multi-Strategy Alpha Master
Limited
c/o UBS O'Connor LLC
1 North Wacker Dr 32nd Fl
Chicago, IL 60606

Office of the United States Trustee Delaware
Timothy Jay Fox, Jr., Richard L Schepacarter
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

Orexigen
Thomas Lynch
3344 N Torrey Pines Ct Ste 200
La Jolla, CA 92037

Quinn Emmanuel Urquhart & Sullivan, LLP
Eric Winston, Bennett Murphy
865 S Figueroa St 10th Floor
Los Angeles, CA 90017

Roadrunner Co.
c/o BVF Partners
Attn Mark Lampert
One Sansome St 30th Fl
San Francisco, CA 94104

Rock Springs Capital Master Fund LP
c/o Rock Springs Capital
Attn Graham McPhail
650 South Exeter St Ste 1070
Baltimore, MD 21202

Sabby Healthcare Master Fund Ltd.
c/o Sabby Management
Attn Robert Grundstein
10 Mountainview Rd
Upper Saddle River, NJ 07458

Sabby Volatility Warrant Master Fund Ltd.
c/o Sabby Management
Attn Robert Grundstein
10 Mountainview Rd
Upper Saddle River, NJ 07458

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission
G Jeffrey Boujoukos Regional Director
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

Securities & Exchange Commission NY Office
Andrew Calamari Regional Director
Brookfield Place
200 Vesey St, Ste 400
New York, NY 10281-1022

Seward & Kissel LLP
John R. Ashmead, Robert J. Gayda, Catherine V.
LoTempio
One Battery Park Plaza
New York, NY 10004

Wilmington Trust National Association
Josh James
50 South Sixth St Ste 1290
Minneapolis, MN 55402

Telemetry Securities LLC
Attn Dan Sommers
545 Fifth Ave Ste 1108
New York, NY 10017

Wilmington Savings Fund Society, FSB
Geoffrey J. Lewis, Patrick Healy
500 Delaware Avenue
Wilmington, DE 19801

TN Dept of Revenue
TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

US Attorney for Delaware
David C. Weiss
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046