**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (KG) |
| Debtor. | **Re: D.I. 926** |

**ORDER APPROVING THE SECOND STIPULATION
AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL**

Upon the *Certification of Counsel Regarding Proposed Order Approving the Second Stipulation Authorizing the Debtor's Use of Cash Collateral* of the above-captioned debtor and debtor in possession (the "Debtor"); and the Court having reviewed the Second Stipulation[2] attached hereto as **Exhibit 1**; and after due deliberation; and the Court having determined that the Second Stipulation is in the best interests of the Debtor, its creditors, and other parties in interest; and it appearing that sufficient cause exists for granting the relief requested by the parties in the Second Stipulation, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Second Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. The Court will retain jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of the First Stipulation, Second Stipulation and this Order.

**Dated: January 17th, 2019
Wilmington, Delaware**

*/s/ Kevin Gross*
**KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE**