**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (KG) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 27, 2019 AT 2:00 P.M. (EASTERN TIME)**

**ADJOURNED MATTER**

1. Debtor's Third Omnibus Objection (Non-Substantive) to Claims Filed by VML, LLC and Young and Rubicam, LLC Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (D.I. 860, Filed 12/17/18).

   Objection Deadline:  January 7, 2019 at 4:00 p.m. (ET).  Extended to January 14, 2019 for Television Food Network, DIY Network, Home and Garden Television, and Turner Broadcasting Sales, Inc.  Extended to March 6, 2019 for VML, LLC and Young and Rubicam, LLC.

   Responses Received:  None.

   Related Pleadings:

   a.    Notice of Adjourned Hearing (D.I. 921, Filed 1/11/19).

   Status:  The hearing on this matter has been adjourned to the hearing scheduled for April 17, 2019 at 11:00 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

2. Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling the Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Approving the Related Form of Notice (D.I. 969, Filed 3/6/19).

---

[1]    The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA, 92037.

Objection Deadline:  March 20, 2019 at 4:00 p.m. (ET).

Responses Received:

a. Limited Preliminary Objection of Securities Lead Plaintiff to Approval of Proposed Disclosure Statement on an Interim Basis (D.I. 977, Filed 3/20/19); and

b. Protective Objection and Reservation of Rights of Wilmington Trust, National Association, Solely in its Capacity as Indenture Trustee, to the Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling the Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Approving the Related Form of Notice (D.I. 981, Filed 3/20/19).

Related Pleadings: None.

Status:  The hearing on this matter will go forward.

| | |
|---|---|
| Dated:  March 25, 2019<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>*/s/ Tamara K. Mann*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>aremming@mnat.com<br>tmann@mnat.com<br><br>- and -<br><br>Christopher R. Donoho, III (admitted *pro hac vice*)<br>Christopher R. Bryant (admitted *pro hac vice*)<br>John D. Beck (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com<br>john.beck@hoganlovells.com<br><br>*Counsel for Debtor and Debtor in Possession* |