**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No.:  18-10518 (KG) |
| Debtor. [1] | |

**AFFIDAVIT OF SERVICE**

I, Jennifer Westwood, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 8, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Second Interim Fee Application of Irell & Manella LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period December 1, 2018 Through February 28, 2019** [Docket No. 1035]

Furthermore, on April 8, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

*(Continued on Next Page)*

---

[1]  The last four digits of Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is 3344 North Torrey Pines Court, Suite 200, La Jolla, CA 92037.

- **Notice of Second Interim Fee Application of Irell & Manella LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period December 1, 2018 Through February 28, 2019** [Docket No. 1035]

Dated:  April 15, 2019

*Jennifer Westwood*

Jennifer Westwood
KCC, LLC
2335 Alaska Ave
El Segundo, CA 90245

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California, County of San Diego


Subscribed and sworn to (or affirmed) before me on this 15th day of April, 2019, by Jennifer Westwood, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JASON BOUGHNER
COMM. # 2254015
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. AUG. 14, 2022

2

# Exhibit A

**Exhibit A**
Fee Application Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Wilmington Trust, NA, as DIP Administrative Agent | Arnold & Porter Kaye Scholer LLP | Alan Glantz, D Tyler Nurnberg | alan.glantz@arnoldporter.com; tyler.nurnberg@arnoldporter.com |
| Counsel to Wilmington Trust, NA, as DIP Administrative Agent | Arnold & Porter Kaye Scholer LLP | D Tyler Nurnberg, Ginger Clements | tyler.nurnberg@arnoldporter.com; ginger.clements@arnoldporter.com |
| Counsel to the Official Committee of Unsecured Creditors | Elliott Greenleaf | Rafael X. Zahralddin-Aravena, Eric M. Sutty | rxza@elliottgreenleaf.com; ems@elliottgreenleaf.com |
| Counsel to Debtor | Hogan Lovells US LLP | Christopher Donoho, Christopher Bryant, John Beck | chris.donoho@hoganlovells.com; christopher.bryant@hoganlovells.com; john.beck@hoganlovells.com |
| Counsel to the Official Committee of Unsecured Creditors | Irell & Manella LLP | Jeffrey M. Reisner, Michael H. Strub, Jr., Kerri A. Lyman | jreisner@irell.com; mstrub@irell.com; klyman@irell.com |
| Local Counsel to Debtor | Morris, Nichols Arsht & Tunnell LLP | Robert Dehney, Andrew Remming, Tamara Mann | rdehney@mnat.com; aremming@mnat.com; tmann@mnat.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr., Richard L Schepacarter | richard.schepacarter@usdoj.gov; USTPRegion03.WL.ECF@USDOJ.GOV; timothy.fox@usdoj.gov |
| Counsel to Baupost Group Securities, LLC, EcoR1 Capital Fund, LP and EcoR1 Capital Fund Qualified, LP | Quinn Emmanuel Urquhart & Sullivan, LLP | Eric Winston, Bennett Murphy | bennettmurphy@quinnemanuel.com; ericwinston@quinnemanuel.com |
| Counsel to Highbridge Capital Management, LLC and Baupost Group Securities LLC, EcoR1 Capital Fund, LP and EcoR1 Capital Fund Qualified LP | Whiteford, Taylor & Preston LLC | Christopher Samis, L Katherine Good, Aaron Stulman | csamis@wtplaw.com; kgood@wtplaw.com; astulman@wtplaw.com |

# Exhibit B

**Exhibit B**
Fee Application Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Wilmington Trust, NA, as DIP Administrative Agent | Arnold & Porter Kaye Scholer LLP | Alan Glantz, D Tyler Nurnberg | 250 West 55th St | | New York | NY | 10019-9710 |
| Counsel to Wilmington Trust, NA, as DIP Administrative Agent | Arnold & Porter Kaye Scholer LLP | D Tyler Nurnberg, Ginger Clements | 70 West Madison Street Suite 4200 | | Chicago | IL | 60602 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy Jay Fox, Jr., Richard L Schepacarter | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Debtor | Orexigen | Thomas Lynch | 3344 N Torrey Pines Ct Ste 200 | | La Jolla | CA | 92037 |
| Counsel to Baupost Group Securities, LLC, EcoR1 Capital Fund, LP and EcoR1 Capital Fund Qualified, LP | Quinn Emmanuel Urquhart & Sullivan, LLP | Eric Winston, Bennett Murphy | 865 S Figueroa St 10th Floor | | Los Angeles | CA | 90017 |
| Counsel to Highbridge Capital Management, LLC and Baupost | Whiteford, Taylor & Preston LLC | Christopher Samis, L Katherine Good, Aaron Stulman | 405 North King St Ste 500 | The Renaissance Centre | Wilmington | DE | 19801 |

# Exhibit C

**Exhibit C**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| DIP Lender | 1992 Funds | Attn Damon P Meyer | damon.meyer@highbridge.com |
| Counsel to Wilmington Trust as Indenture Trustee of 2.75% Convertible Senior Notes | Arent Fox LLP | Andrew I Silfen, Beth M Brownstein, Phillip Khezri | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com; phillip.khezri@arentfox.com |
| Counsel to Highbridge Capital Management, LLC | Brown Rudnick, LLP | Robert J Stark | rstark@brownrudnick.com |
| Counsel to Highbridge Capital Management, LLC | Brown Rudnick, LLP | Steven B Levine | slevine@brownrudnick.com |
| Counsel to McKesson Specialty Arizona Inc. | Buchalter, PC | Jeffrey K Garfinkle | jgarfinkle@buchalter.com |
| Counsel to Karim Khoja | Cross & Simon, LLC | Christopher P Simon | csimon@crosslaw.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel to Oracle America, Inc. | Doshi Legal Group, PC | Amish R Doshi | amish@doshilegal.com |
| Counsel to Wilmington Trust, NA, as DIP Administrative Agent | Duane Morris LLP | Christopher M Winter, Jarret P Hitchings | cmwinter@duanemorris.com; jphitchings@duanemorris.com |
| Counsel to Actavis Laboratories FL, Inc. | Greenberg Traurig, LLP | Dennis A Meloro | melorod@gtlaw.com |
| Counsel to Actavis Laboratories FL, Inc. | Greenberg Traurig, LLP | Ryan Wagner, Leo Muchnik | wagnerr@gtlaw.com; muchnikl@gtlaw.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Syneos Health, Inc. | K&L Gates LLP | John R Gardner | John.Gardner@klgates.com |
| Counsel to Syneos Health, Inc. | K&L Gates LLP | Steven L Caponi | steven.caponi@klgates.com |
| Counsel to US Bank NA, as Indenture Trustee with respect to certain 0% Convertible Senior Secured Notes due 2020 | Kelley Drye & Warren LLP | James S Carr, Benjamin D Feder, Lauren S Schlussel | jcarr@kelleydrye.com; bfeder@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; lschlussel@kelleydrye.com |
| *Pro Se* Shareholder of Orexigen Therapeutics, Inc. | Law Offices of Henry Ian Pass | Henry Ian Pass | hip@hipesq.com |
| Counsel to Karim Khoja | Lowenstein Sandler LLP | Michael S Etkin and Andrew Behlmann | metkin@lowenstein.com; abehlmann@lowenstein.com |
| Counsel to Oracle American | Margolis Edelstein | James E Huggett | jhuggett@margolisedelstein.com |
| Counsel to Wilmington Trust as Indenture Trustee of 2.75% Convertible Senior Notes | Morris James LLP | Eric J Monzo and Brya Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| DIP Lender | Nineteen77 Global Multi-Strategy Alpha Master Limited | c/o UBS O'Connor LLC | andy.martin@ubs.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, Successor Trustee for Holders of the 2.75% Convertible Exchange Senior Notes Due 2020 | Seward & Kissel LLP | John R Ashmead, Robert J Gayda, Catherine V LoTempio | ashmead@sewkis.com; gayda@sewkis.com; lotempio@sewkis.com |
| Counsel to Oregon Health & Science University | Sussman Shank LLP | Howard M Levine | hlevine@sussmanshank.com |
| Counsel to Patheon, Inc. | Thompson Hine LLP | Louis F Solimine | Louis.Solimine@Thompsonhine.com |
| Tennessee Department of Revenue | TN Dept of Revenue | TN Attorney General's Office | AGBankDelaware@ag.tn.gov |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |

**Exhibit C**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Successor Indenture Trustee for 2.75% Convertible Exchange Senior Notes due 2020; Official Committee of Unsecured Creditors | Wilmington Savings Fund Society, FSB | Geoffrey J Lewis, Patrick Healy | glewis@wsfsbank.com; phealy@wsfsbank.com |
| State of Wisconsin, specifically for its Department of Health Services | Wisconsin Department of Justice | Michael D. Morris | morrismd@doj.state.wi.us |
| Counsel to Television Food Network, DIY Network, Home and Garden Television | Wyatt, Tarrant & Combs, LLP | Mary L. Fullington | mfullington@wyattfirm.com |

# Exhibit D

**Exhibit D**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DIP Lender | 1992 Funds | Attn Damon P Meyer | 40 West 57th St 32nd Floor | | New York | NY | 10019 |
| DIP Lender | 1992 MSF International Ltd | Attn Jason Hempel | 40 West 57th St 32nd Floor | | New York | NY | 10019 |
| DIP Lender | 1992 Tactical Credit Master Fund, L.P. | Attn Jason Hempel | 40 West 57th St 32nd Floor | | New York | NY | 10019 |
| Counsel to Wilmington Trust as Indenture Trustee of 2.75% Convertible Senior Notes | Arent Fox LLP | Andrew I Silfen, Beth M Brownstein, Phillip Khezri | 1301 Avenue of the Americas, Floor 42 | | New York | NY | 10019 |
| Secured Noteholder/DIP Lender | Baupost Group Securities, L.L.C. | c/o State Street Bank and Trust | Attn Mike Manganaro | 200 Newport Ave 6th Floor | North Quincy | MA | 02171 |
| Counsel to Highbridge Capital Management, LLC | Brown Rudnick, LLP | Robert J Stark | 7 Times Square | | New York | NY | 10036 |
| Counsel to Highbridge Capital Management, LLC | Brown Rudnick, LLP | Steven B Levine | One Financial Center | | Boston | MA | 02111 |
| Secured Noteholder/DIP Lender | BVF Partners | Attn Mark Lampert | 44 Montgomery Street, 40th Floor | Biotechnology Value Fund, LP, Biotechnology Value Fund II, LP Biotechnology Value Trading Fund OS, LP, Investment 10, LLC, MSI BVF SPV, LLC, Roadrunner Co. | San Francisco | CA | 94104 |
| Secured Noteholder/DIP Lender | CC ARB SIF I Ltd | Attn Peter Fletcher | 227 West Monroe Ste 3550 | | Chicago | IL | 60606 |
| Secured Noteholder/DIP Lender | CC ARB West, LLC | Attn Peter Fletcher | 227 West Monroe Ste 3550 | | Chicago | IL | 60606 |
| Secured Noteholder/DIP Lender | CC Arbitrage Ltd. | Attn Peter Fletcher | 227 West Monroe Ste 3550 | | Chicago | IL | 60606 |
| Counsel to Karim Khoja | Cross & Simon, LLC | Christopher P Simon | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 |
| Counsel to Oracle America, Inc. | Doshi Legal Group, PC | Amish R Doshi | 1979 Marcus Ave Suite 210E | | Lake Success | NY | 11042 |
| Counsel to Wilmington Trust, NA, as DIP Administrative Agent | Duane Morris LLP | Christopher M Winter, Jarret P Hitchings | 222 Delaware Ave, Suite 1600 | | Wilmington | DE | 19801-1659 |
| Secured Noteholder/DIP Lender | EcoR1 Capital Fund LP | Attn Oleg Nodelman | 409 Illinois St | | San Francisco | CA | 94158 |
| Secured Noteholder/DIP Lender | EcoR1 Capital Fund Qualified LP | Attn Oleg Nodelman | 409 Illinois St | | San Francisco | CA | 94158 |
| Counsel to Actavis Laboratories FL, Inc. | Greenberg Traurig, LLP | Dennis A Meloro | 1007 North Orange St Suite 1200 | The Nemours Building | Wilmington | DE | 19801 |
| Counsel to Actavis Laboratories FL, Inc. | Greenberg Traurig, LLP | Ryan Wagner, Leo Muchnik | 200 Park Avenue | MetLife Building | New York | NY | 10166 |
| Secured Noteholder/DIP Lender | Highbridge International LLC | c/o Highbridge Capital Mgmt LLC | Attn Jason Hempel | 40 W 57th St Floor 32 | New York | NY | 10019 |

In re: Orexigen Therapeutics, Inc.
Case No. 18-10518 (KG)

Page 1 of 3

**Exhibit D**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured Noteholder/DIP Lender | Highbridge Tactical Credit & Convertibles Master Fund LP | c/o Highbridge Capital Mgmt LLC | Attn Jason Hempel | 40 W 57th St Floor 32 | New York | NY | 10019 |
| IRS | Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel to Karim Khoja | Lowenstein Sandler LLP | Michael S Etkin and Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 07068 |
| Official Committee of Unsecured Creditors, McKesson Specialty Health | McKesson Specialty Health | Attn Erin Beesley | 5701 North Pima Road | | Scottsdale | AZ | 85250 |
| Counsel to Wilmington Trust as Indenture Trustee of 2.75% Convertible Senior Notes | Morris James LLP | Eric J Monzo and Brya Keilson | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 |
| Intrested Party | Nalpropion Pharmaceuticals, Inc. | Attn Kenneth R. Pina, Executive Vice President | 10 North Park Place, Suite 201 | | Morristown | NJ | 07960 |
| DIP Lender | Nineteen77 Global Multi-Strategy Alpha Master Limited | c/o UBS O'Connor LLC | Andrew Martin | 1 North Wacker Dr 32nd Fl | Chicago | IL | 60606 |
| Secured Noteholder/DIP Lender | Ninteen77 Global Multi-Strategy Alpha (Levered) Master Limited | c/o UBS O'Connor LLC | 1 North Wacker Dr 32nd Fl | | Chicago | IL | 60606 |
| Secured Noteholder/DIP Lender | O'Connor Global Multi-Strategy Alpha Master Limited | c/o UBS O'Connor LLC | 1 North Wacker Dr 32nd Fl | | Chicago | IL | 60606 |
| Counsel for Sabby Volatility Warrant Master Fund, Ltd and Sabby Healthcare Master Fund, Ltd. | Olshan Frome Wolosky LLP | Adam H. Friedman and Jonathan T. Koevary | 1325 Avenue of the Americas | | New York | NY | 10019 |
| Secured Noteholder/DIP Lender | Rock Springs Capital Master Fund LP | c/o Rock Springs Capital | Attn Graham McPhail | 650 South Exeter St Ste 1070 | Baltimore | MD | 21202 |
| Secured Noteholder/DIP Lender | Sabby Healthcare Master Fund Ltd. | c/o Sabby Management | Attn Robert Grundstein | 10 Mountainview Rd | Upper Saddle River | NJ | 07458 |
| Secured Noteholder/DIP Lender | Sabby Volatility Warrant Master Fund Ltd. | c/o Sabby Management | Attn Robert Grundstein | 10 Mountainview Rd | Upper Saddle River | NJ | 07458 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Secured Noteholder/DIP Lender | Telemetry Securities LLC | Attn Dan Sommers | 545 Fifth Ave Ste 1108 | | New York | NY | 10017 |
| Tennessee Department of Revenue | TN Dept of Revenue | TN Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Prepetition Collateral Agent and Trustee | US Bank National Association | | 60 Livingston Avenue | | St Paul | MN | 55107 |
| US Department of Labor | US Department of Labor | Attn Wendy Morgan | World Trade Center | 350 South Figueroa Street, Suite 370 | Los Angeles | CA | 90071-1202 |
| US Department of Labor | US Department of Labor | Office of the Solicitor of Labor | 200 Constitution Ave, N.W. | | Washington | DC | 20210 |
| DIP Administrative Agent | Wilmington Trust National Association | Josh James | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402 |

In re: Orexigen Therapeutics, Inc.
Case No. 18-10518 (KG)

**Exhibit D**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Television Food Network, DIY Network, Home and Garden Television | Wyatt, Tarrant & Combs, LLP | Mary L. Fullington | 250 West Main Street, Suite 1600 | | Lexington | KY | 40507 |
| Counsel for Sabby Volatility Warrant Master Fund, Ltd and Sabby Healthcare Master Fund, Ltd. | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady and Sean T. Greecher | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 |