**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OREXIGEN THERAPEUTICS, INC., | Case No. 18-10518 (KG) |
| Debtor.[1] | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 17, 2019 AT 11:00 A.M. (EASTERN TIME)**

**ADJOURNED MATTER**

1.    Debtor's Third Omnibus Objection (Non-Substantive) to Claims Filed by VML, LLC and Young and Rubicam, LLC Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (D.I. 860, Filed 12/17/18).

Objection Deadline:  January 7, 2019 at 4:00 p.m. (ET).  Extended to January 14, 2019 for Television Food Network, DIY Network, Home and Garden Television, and Turner Broadcasting Sales, Inc.  Extended to May 29, 2019 for VML, LLC and Young and Rubicam, LLC.

Responses Received:  None.

Related Pleadings:

a.    Notice of Adjourned Hearing (D.I. 921, Filed 1/11/19);

b.    Notice of Adjourned Hearing (D.I. 1031, Filed 4/5/19);

c.    **Notice of Adjourned Hearing (D.I. 1109, Filed 5/15/19).**

Status:  The hearing on this matter has been adjourned to May 31, 2019 at 11:00 a.m. (ET).

2.    Debtor's Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Late-Filed Claims; Amended and Superseded Claims) (D.I. 1004, Filed 3/29/19).

Objection Deadline:  April 19, 2019 at 4:00 p.m. (ET).  Extended to May 29, 2019 for Meredith Corporation and TI Gotham Inc.

---

[1]    The last four digits of the Debtor's federal tax identification number are 8822. The Debtor's mailing address for purposes of this Chapter 11 Case is c/o Hogan Lovells US LLP, 390 Madison Ave., New York, NY 10017.

[2]    **Amended items appear in bold.**

Responses Received:  None.

Related Pleadings:

a.    Amended Notice of Debtor's Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Late-Filed Claims; Amended and Superseded Claims) (D.I. 1017, Filed 4/2/19);

b.    Notice of Partial Withdrawal of Debtor's Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Late-Filed Claims; Amended and Superseded Claims) (D.I. 1025, Filed 4/3/19);

c.    Notice of Withdrawal of Debtor's Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Late-Filed Claims; Amended and Superseded Claims) Solely with Respect to Claim No. 175 of New York State Dept. of Taxation and Finance (D.I. 1065, Filed 4/23/19); and

d.    Order Granting Debtor's Fourth Omnibus Objection (Non-Substantive) To Certain Claims (Late-Filed Claims; Amended and Superseded Claims) (D.I. 1076, Entered 4/26/19).

Status:  The hearing on this matter **has been adjourned to May 31, 2019 at 11:00 a.m. (ET).**

## CONTESTED MATTER GOING FORWARD

3.    Debtor's Modified Amended Plan of Liquidation (D.I. 1099, Filed 5/14/19).

Objection Deadline:  May 6, 2019 at 4:00 p.m. (ET).

Responses Received:

a.    Limited Objection and Reservation of Rights of Takeda Pharmaceutical Company Limited Regarding the Debtor's Amended Plan of Liquidation (D.I. 1091, Filed 5/6/19);

b.    Limited Objection of Discovery, Inc. to Confirmation of Debtor's Amended Plan of Liquidation (D.I. 1092, Filed 5/6/19);

c.    Reservation of Rights of Securities Lead Plaintiff with Respect to Confirmation of the Debtor's Amended Plan of Liquidation (D.I. 1096, Filed 5/10/19); and

d.    Informal Objection from Office of the United States Trustee to Certain Exculpation and Provisions.

Related Pleadings:

a.   Debtor's Plan of Liquidation (D.I. 967, Filed 3/6/19);

b.   Disclosure Statement for Debtor's Plan of Liquidation (D.I. 968, Filed 3/6/19);

c.   Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Approving the Related Form of Notice (D.I. 999, Entered 3/27/19);

d.   Debtor's Amended Plan of Liquidation (D.I. 1001, Filed 3/27/19);

e.   Notice of Filing of Redlines of (I) Debtor's Amended Plan of Liquidation; and (II) Disclosure Statement for the Debtor's Amended Plan of Liquidation (D.I. 1003, Filed 3/29/19);

f.   Disclosure Statement for Debtor's Amended Plan of Liquidation (D.I. 1007, Filed 3/30/19);

g.   Notice of Filing of Changed Page of the Disclosure Statement for the Debtor's Amended Plan of Liquidation (D.I. 1008, Filed 3/30/19);

h.   Notice of Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling the Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Approving the Related Form of Notice (D.I. 1034, Filed 4/5/19);

i.   Affidavit of Service (D.I. 1059, Filed 4/18/19);

j.   Affidavit of Publication (D.I. 1060, Filed 4/18/19);

k.   Plan Supplement (D.I. 1085, Filed 4/29/19);

l.   Declaration of Angela Nguyen on Behalf of Kurtzman Carson Consultants LLC Voting and Tabulation of Ballots Accepting and Rejecting the Amended Plan of Liquidation of Orexigen Therapeutics, Inc. (D.I. 1098, Filed 5/14/19);

m.   Modified Plan Supplement (D.I. 1100, Filed 5/14/19);

n.   Debtor's Memorandum of Law In Support of Confirmation of the Debtor's Modified Amended Plan of Liquidation (D.I. 1101, Filed 5/14/19);

o.       Declaration of Thomas P. Lynch in Support of Confirmation of the Debtor's Modified Amended Plan of Liquidation (D.I. 1102, Filed 5/14/9);

p.       Findings of Fact, Conclusions of Law, and Order Confirming Debtor's Modified Amended Plan of Liquidation (D.I. 1103, Filed 5/14/19);

q.       Debtor's Modified Amended Plan of Liquidation (Redline) (D.I. 1104, Filed 5/15/19); and

r.       Modified Plan Supplement (Redline) (D.I. 1105, Filed 5/15/19).

<u>Status</u>:  The hearing on this matter will go forward. Objection (a) has been resolved with agreed upon language in the Confirmation Order. Objection (b) has been resolved with inclusion of an agreed upon amount to the Priority Claim Reserve (as reflected in the Modified Plan Supplement). Objection (c) has been resolved with agreed upon language in the Modified Amended Plan of Liquidation.  Informal objection (d) of the Office of the United States Trustee has been resolved with agreed upon language in the Modified Amended Plan of Liquidation.

Dated:  May 16, 2019
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
tmann@mnat.com

- and -

Christopher R. Donoho, III (admitted *pro hac vice*)
Christopher R. Bryant (admitted *pro hac vice*)
John D. Beck (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
chris.donoho@hoganlovells.com
chris.bryant@hoganlovells.com
john.beck@hoganlovells.com

*Counsel for Debtor and Debtor in Possession*