**EXHIBIT A**

**OREXIGEN THERAPEUTICS, INC.**
**(Case No. 18-10518 (JTD))**

**May 1, 2019 through May 31, 2019**

| | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert J. Dehney | Partner/Bankruptcy. Partner since 2006. Joined firm as an associate in 1996. Member of the DE Bar since 1996. | $1,100 | 3.2 | $3,520.00 |
| Andrew R. Remming | Partner/Bankruptcy. Partner since 2016. Joined firm as an associate in 2008. Member of the DE Bar since 2007. | 750 | 19.8 | 14,850.00 |
| Matthew B. Harvey | Associate/Bankruptcy. Associate at the firm from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014. Member of the DE Bar since 2008. | 695 | .3 | 208.50 |
| Tamara K. Mann | Associate/Bankruptcy. Joined the firm as an associate in 2011. Member of the DE Bar since 2011. | 645 | 17.3 | 11,158.50 |
| Renae Fusco | Paralegal | 305 | .8 | 244.00 |
| Marisa Maddox | Paralegal | 305 | 12.4 | 3,782.00 |
| Theresa Naimoli | Case Clerk | 165 | 1.3 | 214.50 |
| | | | **55.1** | **$33,977.50** |

| | |
|---|---|
| **GRAND TOTAL:** | **$33,977.50** |
| **BLENDED RATE:** | **$616.65** |
| **ATTORNEY BLENDED RATE:  $732.44** | |

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

**Time Detail**

**Task Code:** B110      Case Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/10/19 | Mann, Tamara K. | Emails with A. Nguyen re service inquiry and email to Rockland County re same | 0.2 | 129.00 |
| 05/14/19 | Mann, Tamara K. | Email from Rockland County law department re service question | 0.1 | 64.50 |
| 05/14/19 | Mann, Tamara K. | Email from Rockland County law department re service question | 0.1 | 64.50 |
| 05/29/19 | Remming, Andrew | review email from KCC Re 2002 list | 0.1 | 75.00 |
| 05/29/19 | Remming, Andrew | review email from C. Bryant re case management order | 0.1 | 75.00 |
| | | **Total** | **0.6** | **408.00** |

**Task Code:** B130      Asset Dispositions/363 Sales

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/08/19 | Remming, Andrew | emails w/ B. Springart and T. Mann re inquiry from interested party | 0.1 | 75.00 |
| | | **Total** | **0.1** | **75.00** |

**Task Code:** B150      Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/03/19 | Mann, Tamara K. | Call with shareholder re plan and notice of non-voting status | 0.1 | 64.50 |
| 05/09/19 | Mann, Tamara K. | Call with Rockland County law department re case inquiry | 0.2 | 129.00 |
| 05/13/19 | Remming, Andrew | emails w/ C. Bryant re claim objections | 0.1 | 75.00 |
| 05/20/19 | Remming, Andrew | review email from M. Harvey re call from shareholder | 0.1 | 75.00 |
| 05/20/19 | Harvey, Matthew B. | Emails with T. Mann re: stockholder call. | 0.1 | 69.50 |

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/19 | Harvey, Matthew B. | Call from stockholder (J. Sanders) re: notices. | 0.2 | 139.00 |
| | | **Total** | **0.8** | **552.00** |

**Task Code:**     B160     Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/09/19 | Maddox, Marisa | review April MNAT pro forma | 0.3 | 91.50 |
| 05/09/19 | Maddox, Marisa | revise MNAT fee chart | 0.8 | 244.00 |
| 05/10/19 | Mann, Tamara K. | Review and revise April pro forma | 0.3 | 193.50 |
| 05/13/19 | Maddox, Marisa | review pro forma | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | file and serve MNAT fee app | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | draft MNAT April fee app | 0.3 | 91.50 |
| 05/15/19 | Maddox, Marisa | draft notice of MNAT fee app for April | 0.1 | 30.50 |
| | | **Total** | **2.2** | **773.00** |

**Task Code:**     B165     Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/19 | Mann, Tamara K. | Email to M. Maddox re final fee apps | 0.1 | 64.50 |
| 05/08/19 | Mann, Tamara K. | Conf. with M. Maddox re final fee applications and emails with M. Maddox re same (.2); review plan and disclosure statement re final fee apps and email to M. Maddox re same (.3) | 0.5 | 322.50 |
| 05/13/19 | Remming, Andrew | tele w/ J. Beck re final fee app question | 0.1 | 75.00 |
| 05/14/19 | Remming, Andrew | review email from C. Bryant re fee app CNO | 0.1 | 75.00 |
| 05/14/19 | Remming, Andrew | emails w/ M. Maddox re HL fee app | 0.1 | 75.00 |
| 05/15/19 | Remming, Andrew | review email from M. Maddox re HL fee app | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

Invoice Date: June 19, 2019
Invoice Number: 1906338
Matter Number: 52739-0002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/28/19 | Maddox, Marisa | call with J Lee re final fee app | 0.1 | 30.50 |
| 05/30/19 | Mann, Tamara K. | Emails with J. Beck and M. Maddox re final fee apps | 0.2 | 129.00 |
| 05/30/19 | Maddox, Marisa | emails with T Mann re final fee app | 0.1 | 30.50 |
| | | **Total** | **1.4** | **877.00** |

**Task Code:** B170    Fee Applications (MNAT - Objections)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/08/19 | Maddox, Marisa | draft CNO Re MNAT March fee app | 0.1 | 30.50 |
| 05/08/19 | Maddox, Marisa | file CNO re Thirteenth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel for the Debtor for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses for the period March 1, 2019 to March 31, 2019 | 0.1 | 30.50 |
| 05/08/19 | Mann, Tamara K. | Review CNO re MNAT March fee app and emails with M. Maddox re same | 0.1 | 64.50 |
| 05/30/19 | Mann, Tamara K. | Review MNAT April CNO and email to T. Naimoli and R. Fusco re same | 0.1 | 64.50 |
| 05/30/19 | Maddox, Marisa | draft CNO re MNAT April fee app | 0.1 | 30.50 |
| 05/30/19 | Naimoli, Theresa M. | Review and respond to email from T. Mann re filing of CNO (.1); Prepare & efile Certificate of No Objection Re: Fourteenth Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP for the Period April 1, 2019 through April 30, 2019 (.1) | 0.2 | 33.00 |
| 05/31/19 | Mann, Tamara K. | Email from R. Fusco re MNAT April CNO | 0.1 | 64.50 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 19, 2019 |
| Invoice Number: | | 1906338 |
| Matter Number: | | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/31/19 | Fusco, Renae M. | email to G Giordano re MNAT CNO | 0.1 | 30.50 |
| | | **Total** | **0.9** | **348.50** |

**Task Code:**    B175    Fee Applications (Other - Objections)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/14/19 | Mann, Tamara K. | Emails with C. Bryant, A. Remming and M. Maddox re Hogan CNO | 0.1 | 64.50 |
| 05/14/19 | Maddox, Marisa | emails with A Remming and Hogan re Hogan CNO | 0.1 | 30.50 |
| 05/15/19 | Maddox, Marisa | draft CNO re Hogan fee application | 0.1 | 30.50 |

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/15/19 | Maddox, Marisa | file CNO re Thirteenth Monthly Fee Statement of Hogan Lovells US LLP for Professional Services and Disbursements as Co-Counsel to the Debtor and Debtor in Possession for the period March 1, 2019 to March 31, 2019 (.1); emails re D Demko re same (.1) | 0.2 | 61.00 |
| | | **Total** | **0.5** | **186.50** |

| **Task Code:** | B185 | Executory Contracts/Unexpired Leases | | |
|---|---|---|---|---|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/14/19 | Remming, Andrew | review email from M. Cirstea re contract schedule | 0.1 | 75.00 |
| | | **Total** | **0.1** | **75.00** |

| **Task Code:** | B220 | Employee Matters | | |
|---|---|---|---|---|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/30/19 | Remming, Andrew | review email from KCC re employee issue; review email from C. Bryant re same | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from C. Bryant re 401k | 0.1 | 75.00 |
| | | **Total** | **0.2** | **150.00** |

| **Task Code:** | B300 | Court Hearings | | |
|---|---|---|---|---|

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/29/19 | Remming, Andrew | review and respond to email from M. Maddox re agenda | 0.1 | 75.00 |
| 04/29/19 | Remming, Andrew | review email from C. Bryant re agenda for 5.1 hearing | 0.1 | 75.00 |
| 04/29/19 | Remming, Andrew | review email from M. Maddox re agenda for 5/1 hearing | 0.1 | 75.00 |
| 05/01/19 | Maddox, Marisa | draft Maye 17th agenda | 0.3 | 91.50 |
| 05/09/19 | Maddox, Marisa | revise May 17 agenda (.3); emails with T Mann re same (.1) | 0.4 | 122.00 |
| 05/09/19 | Maddox, Marisa | research docket and retrieve documents for 5.17 hearing binder | 0.7 | 213.50 |

Orexigen Therapeutics, Inc.

Invoice Date:      June 19, 2019
Invoice Number:      1906338
Matter Number:      52739-0002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/09/19 | Mann, Tamara K. | Review confirmation agenda and emails with M. Maddox re comments re same | 0.2 | 129.00 |
| 05/10/19 | Maddox, Marisa | revise agenda (.1); emails and call with T Mann re same (.1) | 0.2 | 61.00 |
| 05/10/19 | Mann, Tamara K. | Review revised confirmation agenda and emails with M. Maddox re comments re same | 0.2 | 129.00 |
| 05/10/19 | Mann, Tamara K. | Emails with M. Maddox re revised 5/17 agenda | 0.1 | 64.50 |
| 05/10/19 | Mann, Tamara K. | Call with M. Maddox re confirmation hearing agenda | 0.1 | 64.50 |
| 05/13/19 | Remming, Andrew | review email from M. Maddox re 5/17 agenda | 0.1 | 75.00 |
| 05/13/19 | Maddox, Marisa | prep documents for May 17th hearing binder | 0.3 | 91.50 |
| 05/13/19 | Maddox, Marisa | emails with Hogan team, T Mann and A Remming re draft agenda | 0.1 | 30.50 |
| 05/13/19 | Mann, Tamara K. | Email from M. Maddox re draft 5/17 agenda | 0.1 | 64.50 |
| 05/13/19 | Maddox, Marisa | revise agenda | 0.1 | 30.50 |
| 05/14/19 | Mann, Tamara K. | Emails from C. Bryant and M. Maddox re draft 5/17 agenda | 0.1 | 64.50 |
| 05/14/19 | Remming, Andrew | review email from C. Bryant re agenda for 5.17 hearing | 0.1 | 75.00 |
| 05/14/19 | Maddox, Marisa | revise agenda | 0.2 | 61.00 |
| 05/14/19 | Maddox, Marisa | emails with C Bryant re agenda comments | 0.1 | 30.50 |
| 05/15/19 | Remming, Andrew | review email from E. Einhorn re hearing agenda; review email from M. Maddox re same | 0.1 | 75.00 |
| 05/15/19 | Remming, Andrew | review email from M. Maddox re notice of adjourned hearing | 0.1 | 75.00 |
| 05/15/19 | Remming, Andrew | review email from M. Maddox re notice of adjourned hearing | 0.1 | 75.00 |
| 05/15/19 | Remming, Andrew | review email from S. Feener re 5/17 hearing; email to B. Springart re same | 0.1 | 75.00 |
| 05/15/19 | Mann, Tamara K. | Emails from M. Maddox, C. Bryant and S. Feener re revised 5/17 agenda and comments re same | 0.1 | 64.50 |
| 05/15/19 | Remming, Andrew | emails w/ M. Maddox re notice of adjourned hearing | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | | | | Invoice Date: | June 19, 2019 |
| | | | | Invoice Number: | 1906338 |
| | | | | Matter Number: | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/15/19 | Remming, Andrew | review email from C. Bryant re hearing agenda; review email from M. Maddox re same | 0.1 | 75.00 |
| 05/15/19 | Maddox, Marisa | emails with C Bryant re agenda comments (.1); emails with S Scaruzzi re hearing (.1) | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | coordinate binder to chambers | 0.1 | 30.50 |
| 05/15/19 | Maddox, Marisa | revise agenda for May 17 | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | prep hearing binders for Judge and MNAT for May 17th | 1.0 | 305.00 |
| 05/15/19 | Maddox, Marisa | call with S Scaruzzi re hearing date | 0.1 | 30.50 |
| 05/15/19 | Maddox, Marisa | emails with Hogan co-counsel and A Remming re revised draft agenda | 0.1 | 30.50 |
| 05/15/19 | Mann, Tamara K. | Further emails re revised 5/17 agenda and review same | 0.1 | 64.50 |
| 05/15/19 | Maddox, Marisa | file and serve agenda | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | further emails with C Bryant and S Feener re agenda comments (.3); further review and revise agenda (.2); call with S Feener re same (.1) | 0.6 | 183.00 |
| 05/16/19 | Remming, Andrew | review email from M. Maddox re amended agenda | 0.1 | 75.00 |
| 05/16/19 | Maddox, Marisa | emails with S Feener, E Einhorn and A Remming re amended agenda | 0.1 | 30.50 |
| 05/16/19 | Maddox, Marisa | draft amended agenda | 0.1 | 30.50 |
| 05/16/19 | Remming, Andrew | emails w/ T. Lynch and C. Bryant re prep for hearing | 0.1 | 75.00 |
| 05/16/19 | Maddox, Marisa | file and serve amended agenda | 0.2 | 61.00 |
| 05/17/19 | Dehney, Robert J. | Business lunch with A. Remming and co-counsel re confirmation hearing. | 1.5 | 1,650.00 |
| 05/17/19 | Mann, Tamara K. | Emails from C. Bryant, A. Nguyen and M. Maddox re confirmation hearing | 0.1 | 64.50 |
| 05/17/19 | Remming, Andrew | prepare for and attend confirmation hearing | 2.7 | 2,025.00 |
| 05/17/19 | Dehney, Robert J. | Office conference with co-counsel re strategy/confirmation hearing. | 0.5 | 550.00 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 19, 2019 |
| Invoice Number: | | 1906338 |
| Matter Number: | | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/17/19 | Remming, Andrew | emails w/ B. Springart re hearing transcript | 0.1 | 75.00 |
| 05/17/19 | Maddox, Marisa | draft May 31 agenda | 0.1 | 30.50 |
| 05/17/19 | Maddox, Marisa | further hearing prep of orders | 0.3 | 91.50 |
| 05/21/19 | Mann, Tamara K. | Emails with S. Feener and C. Bryant re final fee hearing | 0.1 | 64.50 |
| 05/21/19 | Remming, Andrew | review email from B. Springart re 5/17 hearing transcript | 0.1 | 75.00 |
| 05/27/19 | Remming, Andrew | review and respond to email from T. Lynch re transcript | 0.1 | 75.00 |
| 05/28/19 | Mann, Tamara K. | Emails with M. Maddox and C. Bryant re 5/31 agenda | 0.1 | 64.50 |
| 05/28/19 | Maddox, Marisa | call with T Mann re hearing date for adjournment | 0.1 | 30.50 |
| 05/28/19 | Maddox, Marisa | emails with C Bryant, J Beck and T Mann re agenda (.1); further emails re agenda and dates (.1) | 0.2 | 61.00 |
| 05/28/19 | Mann, Tamara K. | Emails with J. Beck and C. Bryant re draft 5/31 agenda | 0.1 | 64.50 |
| 05/28/19 | Mann, Tamara K. | Review draft 5/31 agenda and email from M. Maddox re same | 0.2 | 129.00 |
| 05/28/19 | Mann, Tamara K. | Emails with C. Bryant re 5/31 draft agenda | 0.1 | 64.50 |
| 05/28/19 | Remming, Andrew | review email from M. Maddox re 5/31 agenda | 0.1 | 75.00 |
| 05/28/19 | Remming, Andrew | further email from C. Bryant re notice of agenda | 0.1 | 75.00 |
| 05/28/19 | Remming, Andrew | review email from C. Bryant re hearing date | 0.1 | 75.00 |
| 05/29/19 | Mann, Tamara K. | Emails with C. Bryant and M. Maddox re draft 5/31 agenda and review same | 0.2 | 129.00 |
| 05/29/19 | Maddox, Marisa | revise agenda | 0.1 | 30.50 |
| 05/29/19 | Maddox, Marisa | file and serve May 31 agenda | 0.2 | 61.00 |
| 05/29/19 | Remming, Andrew | review email from M. Maddox re agenda | 0.1 | 75.00 |
| 05/29/19 | Remming, Andrew | review email from C. Bryant re agenda | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | | | Invoice Date: | June 19, 2019 |
| | | | Invoice Number: | 1906338 |
| | | | Matter Number: | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/30/19 | Mann, Tamara K. | Emails with A. Remming and T. Lynch re 5/17 transcript | 0.1 | 64.50 |
| | | **Total** | **15.1** | **9,011.50** |

**Task Code:** B310   Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/06/19 | Remming, Andrew | review email from C. Bryant re claim objections | 0.1 | 75.00 |
| 05/06/19 | Remming, Andrew | review email from C. Bryant re claim objection | 0.1 | 75.00 |
| 05/06/19 | Mann, Tamara K. | Emails from C. Bryant and M. Giugliano re response to third omnibus objection | 0.1 | 64.50 |
| 05/06/19 | Mann, Tamara K. | Emails from C. Bryant and B. Fallon re fourth omnibus objection | 0.1 | 64.50 |
| 05/13/19 | Remming, Andrew | review further email from C. Bryant re claim objection | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from M. Giufliano re claim objections | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from C. Bryant re claim objection | 0.1 | 75.00 |
| 05/13/19 | Mann, Tamara K. | Emails from C. Bryant and A. Remming re claims objections | 0.1 | 64.50 |
| 05/13/19 | Remming, Andrew | review email from C. Bryant re claim objection | 0.1 | 75.00 |
| 05/13/19 | Mann, Tamara K. | Emails from C. Bryant and A. Remming re claims objections | 0.1 | 64.50 |
| 05/13/19 | Remming, Andrew | review email from C. Bryant re claim objection; review email from M. Guigliano re same | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review further email from C. Bryant re claim objections | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from B. Fallon re claim objection | 0.1 | 75.00 |
| 05/13/19 | Mann, Tamara K. | Email from B. Fallon re fourth omnibus claims objection | 0.1 | 64.50 |
| 05/14/19 | Mann, Tamara K. | Email from B. Fallon re omnibus claim objection | 0.1 | 64.50 |
| 05/14/19 | Remming, Andrew | review email from C. Bryant re claim objection; review emails from J Reisner and C. Bryant re same | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 19, 2019 |
| Invoice Number: | | 1906338 |
| Matter Number: | | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/15/19 | Remming, Andrew | review email from M. Maddox re claim objection | 0.1 | 75.00 |
| 05/15/19 | Maddox, Marisa | draft notice of adjourned hearing re claims obj (.1); emails with A Remming re same (.1) | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | call with S Feener and E Einhorn re 4th omnibus claims obj and agenda | 0.1 | 30.50 |
| 05/15/19 | Maddox, Marisa | emails with E Einhorn and A Remming re order re 4th omni | 0.1 | 30.50 |
| 05/15/19 | Remming, Andrew | correspondence (2x) re claim objection | 0.1 | 75.00 |
| 05/15/19 | Remming, Andrew | correspondence (2x) re claim objection | 0.1 | 75.00 |
| 05/15/19 | Mann, Tamara K. | Emails from M. Maddox and S. Feener re order re 4th omnibus objection | 0.1 | 64.50 |
| 05/15/19 | Remming, Andrew | tele w/ M. Maddox status of claim objection | 0.1 | 75.00 |
| 05/15/19 | Maddox, Marisa | file Notice of Adjourned Hearing Regarding Debtor's Third Omnibus Objection (Non-Substantive) to Claims Filed by VML, LLC and Young and Rubicam, LLC Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 | 0.1 | 30.50 |
| 05/15/19 | Maddox, Marisa | emails with Hogan, A Remming re 4th omnibus claims obj order | 0.1 | 30.50 |
| 05/28/19 | Remming, Andrew | review email from C. Bryant re claim objections; review email from C. Bryant re hearing cancellation | 0.1 | 75.00 |
| 05/28/19 | Remming, Andrew | review email from B. Fallon re claim objection | 0.1 | 75.00 |
| 05/28/19 | Mann, Tamara K. | Emails with C. Bryant and M. Giugliano re VML/Y&R claim objection and 5/31 hearing (.1); call with M. Maddox re same (.1) | 0.2 | 129.00 |
| 05/29/19 | Mann, Tamara K. | Emails with C. Bryant and M. Giugliano re objection to media claims | 0.1 | 64.50 |
| | | **Total** | **3.2** | **2,028.00** |

**Task Code:**   B320   Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Orexigen Therapeutics, Inc.

| | | Invoice Date: | June 19, 2019 |
| | | Invoice Number: | 1906338 |
| | | Matter Number: | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/29/19 | Remming, Andrew | emails w/ C. Bryant re plan supplement | 0.1 | 75.00 |
| 04/29/19 | Remming, Andrew | review email from C. Bryant re plan supplement | 0.1 | 75.00 |
| 04/29/19 | Remming, Andrew | arrange for plan supplement to be filed | 0.1 | 75.00 |
| 04/29/19 | Remming, Andrew | review email from A. Behlmann re plan comments | 0.1 | 75.00 |
| 04/29/19 | Remming, Andrew | review and respond to email from C. Bryant re plan supplement | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from KCC re voting report | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from C. Bryant re voting report | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from C. Bryant re solicitation/distributions | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from C. Bryant re plan issues | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review and respond to email from C. Bryant re objection deadline extension | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from D. Demko re distributions, plan issues | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from D. Demko re wind down update | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from KCC re plan supplement | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from KCC re solicitation and distributions; review email from B. Feder re note register | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from C. Bryant re CA plaintiffs issues with plan | 0.1 | 75.00 |
| 05/01/19 | Remming, Andrew | review email from D. Hartie re plan supplement | 0.1 | 75.00 |
| 05/01/19 | Remming, Andrew | office confs (2x) w/ T. Mann re service of plan supplement | 0.2 | 150.00 |
| 05/01/19 | Remming, Andrew | review email from C. Bryant re modified plan | 0.1 | 75.00 |
| 05/01/19 | Remming, Andrew | review email from J. Beck re confirmation brief | 0.1 | 75.00 |
| 05/01/19 | Remming, Andrew | emails w/ T. Mann re confirmation brief | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | | Invoice Date: | June 19, 2019 |
| | | Invoice Number: | 1906338 |
| | | Matter Number: | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/01/19 | Mann, Tamara K. | Email from C. Bryant re plan modifications | 0.1 | 64.50 |
| 05/01/19 | Mann, Tamara K. | Emails and call with D. Hartie re service of plan supplement (.3); emails with J. Beck and A. Remming re confirmation brief and declaration (.5) | 0.8 | 516.00 |
| 05/01/19 | Mann, Tamara K. | Email from A. Nguyen re voting report and review same | 0.1 | 64.50 |
| 05/01/19 | Remming, Andrew | review and respond to email from J. Beck re deadline to file reply re confirmation | 0.1 | 75.00 |
| 05/01/19 | Remming, Andrew | review email from KCC Re voting report | 0.1 | 75.00 |
| 05/02/19 | Mann, Tamara K. | Review modified amended plan | 0.5 | 322.50 |
| 05/03/19 | Mann, Tamara K. | Emails from C. Bryant and T. Fox re modified amended plan and review same | 0.4 | 258.00 |
| 05/03/19 | Mann, Tamara K. | Emails from C. Bryant and T. Fox re modified plan | 0.1 | 64.50 |
| 05/03/19 | Mann, Tamara K. | Email from A. Nguyen re updated voting report and review same | 0.1 | 64.50 |
| 05/04/19 | Remming, Andrew | review email from A. Nguyen re voting report | 0.1 | 75.00 |
| 05/06/19 | Remming, Andrew | emails w/ C. Bryant re confirmation order | 0.1 | 75.00 |
| 05/06/19 | Remming, Andrew | review email from C. Bryant re Takeda confirmation objection | 0.1 | 75.00 |
| 05/06/19 | Mann, Tamara K. | Emails from C. Bryant and A. Remming re confirmation filings (.1); emails with J. Beck re confirmation hearing (.1) | 0.2 | 129.00 |
| 05/06/19 | Mann, Tamara K. | Email from C. Bryant re Takeda confirmation objection | 0.1 | 64.50 |
| 05/07/19 | Mann, Tamara K. | Review Takeda limited objection to confirmation | 0.4 | 258.00 |
| 05/08/19 | Remming, Andrew | review email from A. Behlmann re plan modifications | 0.1 | 75.00 |
| 05/08/19 | Remming, Andrew | review email from C. Bryant re Takeda objection | 0.1 | 75.00 |
| 05/08/19 | Mann, Tamara K. | Email from C. Bryant re plan modifications | 0.1 | 64.50 |
| 05/08/19 | Mann, Tamara K. | Email from A. Behlmann re comments re modified plan and review same | 0.3 | 193.50 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 19, 2019 |
| Invoice Number: | | 1906338 |
| Matter Number: | | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/19 | Mann, Tamara K. | Emails from C. Bryant and J. Reisner re Takeda confirmation objection | 0.1 | 64.50 |
| 05/08/19 | Mann, Tamara K. | Emails from B. Murphy and C. Bryant re Takeda objection | 0.1 | 64.50 |
| 05/09/19 | Remming, Andrew | review email from KCC re voting report | 0.1 | 75.00 |
| 05/09/19 | Remming, Andrew | review email from K. Lyman re comments to plan | 0.1 | 75.00 |
| 05/09/19 | Remming, Andrew | review email from C. Bryant re Takeda objection | 0.1 | 75.00 |
| 05/09/19 | Mann, Tamara K. | Email from C. Bryant re confirmation order and Takeda carve out | 0.1 | 64.50 |
| 05/09/19 | Mann, Tamara K. | Email from A. Nguyen re voting report and review same | 0.1 | 64.50 |
| 05/09/19 | Mann, Tamara K. | Email from K. Lyman re confirmation order | 0.1 | 64.50 |
| 05/09/19 | Remming, Andrew | review email from C. Bryant re revised plan | 0.1 | 75.00 |
| 05/10/19 | Remming, Andrew | review further email from A. Behlmann re draft plan | 0.1 | 75.00 |
| 05/10/19 | Remming, Andrew | review email from A. Behlmann re revised plan | 0.1 | 75.00 |
| 05/10/19 | Remming, Andrew | review email from S. Feener re confirmation order | 0.1 | 75.00 |
| 05/10/19 | Remming, Andrew | review and respond to email from C. Bryant re confirmation order | 0.1 | 75.00 |
| 05/10/19 | Remming, Andrew | review email from S. Macdonald re plan reservation of rights | 0.1 | 75.00 |
| 05/10/19 | Mann, Tamara K. | Review proposed confirmation order | 1.4 | 903.00 |
| 05/10/19 | Mann, Tamara K. | Email to M. Maddox re confirmation order | 0.1 | 64.50 |
| 05/10/19 | Mann, Tamara K. | Emails from A. Behlman and C. Bryant re plan modifications | 0.1 | 64.50 |
| 05/10/19 | Mann, Tamara K. | Email from S. Feener re draft confirmation brief | 0.1 | 64.50 |
| 05/10/19 | Mann, Tamara K. | Emails from S. Feener, C. Bryant and A. Remming re proposed confirmation order and review same | 0.2 | 129.00 |
| 05/10/19 | Mann, Tamara K. | Emails from C. Bryant, B. Murphy, and J. Lombard re plan modifications and review same | 0.1 | 64.50 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 19, 2019 |
| Invoice Number: | | 1906338 |
| Matter Number: | | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/11/19 | Remming, Andrew | review email from C. Bryant re revised plan | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | correspondence (16x) re comments to plan | 0.2 | 150.00 |
| 05/13/19 | Dehney, Robert J. | Review draft confirmation brief. | 0.9 | 990.00 |
| 05/13/19 | Remming, Andrew | further email from S. Feener re Lynch declaration | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from D. Demko re confirmation brief; review email from J. Beck re same | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from KCC re voting report | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review draft of confirmation brief | 0.9 | 675.00 |
| 05/13/19 | Dehney, Robert J. | Review draft confirmation declaration. | 0.3 | 330.00 |
| 05/13/19 | Mann, Tamara K. | Emails from J. Reisner, B. Murphy and C. Bryant re amended plan | 0.1 | 64.50 |
| 05/13/19 | Remming, Andrew | review email from S. Feener re KCC declaration; review email from C. Bryant re revised plan | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review email from S. Feener re revised plan documents; review and respond to email from S. Feener re Lynch declaration | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | review draft of confirmation declaration | 0.3 | 225.00 |
| 05/13/19 | Remming, Andrew | review email from S. Feener re plan documents | 0.1 | 75.00 |
| 05/13/19 | Mann, Tamara K. | Emails from D. Demko, S. Feener, C. Bryant and B. Murphy re plan document revisions | 0.2 | 129.00 |
| 05/13/19 | Mann, Tamara K. | Emails from A. Behlmann and C. Bryant re modified plan comments | 0.1 | 64.50 |
| 05/13/19 | Mann, Tamara K. | Emails from D. Demko, J. Beck and C. Bryant re declaration in support of confirmation | 0.2 | 129.00 |
| 05/13/19 | Mann, Tamara K. | Emails from S. Feener and A. Nguyen re KCC voting declaration | 0.1 | 64.50 |

Orexigen Therapeutics, Inc.

Invoice Date: June 19, 2019
Invoice Number: 1906338
Matter Number: 52739-0002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/13/19 | Mann, Tamara K. | Emails from S. Feener and A. Nguyen re voting declaration (.1); emails from S. Feener, A. Remming, C. Bryant and J. Reisner re plan documents (.1) | 0.2 | 129.00 |
| 05/13/19 | Remming, Andrew | review email from D. Demko re wind down update | 0.1 | 75.00 |
| 05/13/19 | Mann, Tamara K. | Email from S. Feener re revised confirmation order, confirmation brief and Lynch declaration in support of confirmation | 0.1 | 64.50 |
| 05/13/19 | Mann, Tamara K. | Email from A. Nguyen re voting summary report and review same | 0.1 | 64.50 |
| 05/14/19 | Mann, Tamara K. | Emails from A. Behlmann and C. Bryant re modified plan | 0.1 | 64.50 |
| 05/14/19 | Remming, Andrew | review and respond to email from C. Bryant re filings | 0.1 | 75.00 |
| 05/14/19 | Remming, Andrew | emails w/ S. Feener re declarations re plan | 0.1 | 75.00 |
| 05/14/19 | Remming, Andrew | review email from A. Behlmann re plan modifications | 0.1 | 75.00 |
| 05/14/19 | Mann, Tamara K. | Emails from A. Nguyen and S. Feener re KCC voting declaration and review same | 0.1 | 64.50 |
| 05/14/19 | Mann, Tamara K. | Emails from B. Murphy and D. Demko re plan supplement | 0.1 | 64.50 |
| 05/14/19 | Remming, Andrew | work on plan supplement issues | 0.2 | 150.00 |
| 05/14/19 | Remming, Andrew | review emails from KCC and S. Feener re declaration | 0.1 | 75.00 |
| 05/14/19 | Mann, Tamara K. | Emails from C. Bryant, A. Remming and S. Feener re plan documents | 0.1 | 64.50 |
| 05/14/19 | Remming, Andrew | correspondence (3x) re plan comments and claim objections | 0.1 | 75.00 |
| 05/14/19 | Maddox, Marisa | call with A Remming re notice of filing of confirmation order (.1); revise notice of filing (.1) | 0.2 | 61.00 |
| 05/14/19 | Maddox, Marisa | draft notice of filing of plan supplement (.3); emails with A Remming re same (.1) | 0.4 | 122.00 |
| 05/14/19 | Naimoli, Theresa M. | Review and respond to email from A. Remming re filing of declaration (.1); prepare & efile Declaration of Angela Nguyen Re: Voting and Tabulation of Ballots (.1) | 0.2 | 33.00 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 19, 2019 |
| Invoice Number: | | 1906338 |
| Matter Number: | | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/14/19 | Maddox, Marisa | emails with A Remming re plan documents | 0.1 | 30.50 |
| 05/14/19 | Mann, Tamara K. | Emails from C. Bryant, B. Murphy and J. Reisner re plan | 0.2 | 129.00 |
| 05/14/19 | Mann, Tamara K. | Emails from T. Lynch and S. Feener re declaration in support of confirmation | 0.1 | 64.50 |
| 05/14/19 | Naimoli, Theresa M. | Prepare & efile Debtor's Memorandum of Law in Support of Confirmation of the Debtor's Modified Amended Plan of Liquidation | 0.1 | 16.50 |
| 05/14/19 | Naimoli, Theresa M. | Review and respond to email from A. Remming re filing plan documents (.1); Prepare & efile Debtor's Modified Amended Plan of Liquidation (.1) | 0.2 | 33.00 |
| 05/14/19 | Maddox, Marisa | draft notice of confirmation order | 0.2 | 61.00 |
| 05/14/19 | Naimoli, Theresa M. | Prepare & efile Modified Plan Supplement | 0.2 | 33.00 |
| 05/14/19 | Maddox, Marisa | revised plan supplement | 0.1 | 30.50 |
| 05/15/19 | Remming, Andrew | office conf. w/ M. Maddox re prep for confirmation hearing; service of plan documents | 0.1 | 75.00 |
| 05/15/19 | Mann, Tamara K. | Emails from J. Westwood and M. Maddox re service of plan documents | 0.1 | 64.50 |
| 05/15/19 | Naimoli, Theresa M. | Prepare & efile Redline Debtor's Modified Amended Plan of Liquidation | 0.1 | 16.50 |
| 05/15/19 | Naimoli, Theresa M. | Prepare & efile Findings of Fact, Conclusions of Law, and Order Confirming Debtor's Modified Amended Plan of Liquidation | 0.1 | 16.50 |
| 05/15/19 | Naimoli, Theresa M. | Prepare & efile Declaration of Thomas P. Lynch in Support of Confirmation of the Debtor's Modified Amended Plan of Liquidation | 0.1 | 16.50 |
| 05/15/19 | Maddox, Marisa | emails with KCC re services of plan documents (.1); call with A Remming re same (.1) | 0.2 | 61.00 |
| 05/15/19 | Maddox, Marisa | emails with J Beck re plan documents (.1); retrieve all plan documents and circulate (.2) | 0.3 | 91.50 |
| 05/15/19 | Remming, Andrew | review email from C. Bryant re confirmation order | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/15/19 | Remming, Andrew | review email from J. Westwood re service of plan documents; review email from M. Maddox re same | 0.1 | 75.00 |
| 05/15/19 | Naimoli, Theresa M. | Prepare & efile Redline Modified Plan Supplement | 0.1 | 16.50 |
| 05/16/19 | Remming, Andrew | review email from T. Fox re confirmation order; review email from C. Bryant re same | 0.1 | 75.00 |
| 05/16/19 | Remming, Andrew | review email from S. Feener re confirmation order | 0.1 | 75.00 |
| 05/16/19 | Remming, Andrew | review pleadings in preparation for confirmation hearing | 0.4 | 300.00 |
| 05/16/19 | Mann, Tamara K. | Emails from C. Bryant, T. Fox and B. Brownstein re comments re confirmation order | 0.2 | 129.00 |
| 05/16/19 | Remming, Andrew | review email from C. Bryant re solicitation and distributions | 0.1 | 75.00 |
| 05/16/19 | Remming, Andrew | correspondence (5x) re confirmation order | 0.1 | 75.00 |
| 05/16/19 | Remming, Andrew | review email from C. Bryant re confirmation order | 0.1 | 75.00 |
| 05/16/19 | Remming, Andrew | review email from C. Bryant re confirmation order and UST comments | 0.1 | 75.00 |
| 05/16/19 | Mann, Tamara K. | Emails from A. Nguyen and C. Bryant re distribution issues | 0.1 | 64.50 |
| 05/16/19 | Remming, Andrew | review email from KCC re tax question | 0.1 | 75.00 |
| 05/16/19 | Remming, Andrew | review email from B. Brownstein re confirmation order | 0.1 | 75.00 |
| 05/17/19 | Mann, Tamara K. | Emails from B. Feder and C. Bryant re wind down entity agreement | 0.1 | 64.50 |
| 05/17/19 | Remming, Andrew | correspondence (2x) w/ C. Bryant re hearing prep | 0.1 | 75.00 |
| 05/17/19 | Remming, Andrew | teles (2x) w/ J. Reisner re prep for confirmation hearing | 0.2 | 150.00 |
| 05/17/19 | Remming, Andrew | emails w/ M. Maddox re confirmation order | 0.1 | 75.00 |
| 05/17/19 | Remming, Andrew | review email from J Beck re confirmation hearing prep | 0.1 | 75.00 |
| 05/17/19 | Maddox, Marisa | revise confirmation order (.1); upload order with the Court (.1) | 0.2 | 61.00 |
| 05/17/19 | Maddox, Marisa | file confirmation order | 0.1 | 30.50 |

Orexigen Therapeutics, Inc.

Invoice Date:                June 19, 2019
Invoice Number:                  1906338
Matter Number:              52739-0002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/17/19 | Remming, Andrew | review email from M. Maddox re confirmation order | 0.1 | 75.00 |
| 05/17/19 | Maddox, Marisa | emails with A Remming re confirmation order (.1); emails with C Bryant, J Beck and A Remming re same (.1); prep copies of order (.4) | 0.6 | 183.00 |
| 05/21/19 | Mann, Tamara K. | Call with shareholder re plan | 0.2 | 129.00 |
| 05/21/19 | Mann, Tamara K. | Conf. with A. Remming and M. Maddox re effective date (.1); emails with S. Feener and M. Maddox re effective date and final fee hearing (.2) | 0.3 | 193.50 |
| 05/21/19 | Remming, Andrew | Office conf with T Mann re notice of effective date. | 0.1 | 75.00 |
| 05/21/19 | Mann, Tamara K. | Conf. with M. Harvey re shareholder inquiry | 0.1 | 64.50 |
| 05/21/19 | Mann, Tamara K. | Email from C. Bryant re effective date | 0.1 | 64.50 |
| 05/21/19 | Maddox, Marisa | emails with T Mann and S Feener re notice of effective date | 0.1 | 30.50 |
| 05/21/19 | Remming, Andrew | review email from C. Bryant re effective date | 0.1 | 75.00 |
| 05/21/19 | Mann, Tamara K. | Emails with S. Feener and M. Maddox re effective date (.1); call to S. Feener re same (.1) | 0.2 | 129.00 |
| 05/22/19 | Remming, Andrew | review email from C. Bryant re professional fee escrow | 0.1 | 75.00 |
| 05/22/19 | Mann, Tamara K. | Email from C. Bryant re professional fee escrow agreement | 0.1 | 64.50 |
| 05/23/19 | Remming, Andrew | review emails (5x) re solicitation and distribution | 0.1 | 75.00 |
| 05/24/19 | Mann, Tamara K. | Emails from A. Nguyen. C. Bryant, K. Lyman, J. Reisner and B. Murphy re distributions | 0.1 | 64.50 |
| 05/28/19 | Mann, Tamara K. | Draft notice of effective date and email to C. Bryant, J. Beck, E. Einhorn and S. Feener re same | 1.0 | 645.00 |
| 05/28/19 | Remming, Andrew | review email from KCC re effective date | 0.1 | 75.00 |
| 05/28/19 | Remming, Andrew | review email from D. Demko re wind down workstreams | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | | |
|---|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/28/19 | Remming, Andrew | review email from T. Mann re draft notice of effective date; review email from C. Bryant re agenda | 0.1 | 75.00 |
| 05/28/19 | Remming, Andrew | emails w/ T. Mann and S. Feener re professional fee escrow | 0.1 | 75.00 |
| 05/29/19 | Mann, Tamara K. | Email from C. Bryant re Effective Date flow of funds | 0.1 | 64.50 |
| 05/29/19 | Mann, Tamara K. | Emails with S. Feener re professional fee escrow | 0.1 | 64.50 |
| 05/29/19 | Remming, Andrew | review emails re professional fee escrow | 0.1 | 75.00 |
| 05/29/19 | Remming, Andrew | review email from C. Bryant re funds flow | 0.1 | 75.00 |
| 05/29/19 | Remming, Andrew | review email from T. Mann re professional fee escrow; review email from T. Mann re case management order | 0.1 | 75.00 |
| 05/29/19 | Remming, Andrew | review email from KCC re flow of funds | 0.1 | 75.00 |
| 05/30/19 | Mann, Tamara K. | Email from K. Lyman re disputed claims | 0.1 | 64.50 |
| 05/30/19 | Mann, Tamara K. | Email from D. Demko re updated flow of funds and review same | 0.2 | 129.00 |
| 05/30/19 | Mann, Tamara K. | Emails with S. Feener re revised notice of effective date and review same | 0.1 | 64.50 |
| 05/30/19 | Mann, Tamara K. | Emails from K. Lyman and D. Demko re disputed claims reserve | 0.1 | 64.50 |
| 05/30/19 | Remming, Andrew | Prepare for and attend closing call for effective date. | 0.6 | 450.00 |
| 05/30/19 | Mann, Tamara K. | Emails from C. Bryant, A. Nguyen and D. Demko re flow of funds and comments re same | 0.2 | 129.00 |
| 05/31/19 | Mann, Tamara K. | Emails with R. Fusco and A. Nguyen re service of effective date notice | 0.1 | 64.50 |
| 05/31/19 | Mann, Tamara K. | Email from D. Demko re distributions | 0.1 | 64.50 |
| 05/31/19 | Mann, Tamara K. | Call with KCC re service of effective date notice | 0.1 | 64.50 |
| 05/31/19 | Mann, Tamara K. | Email from C. Bryant re distributions | 0.1 | 64.50 |
| 05/31/19 | Mann, Tamara K. | Emails with C. Bryant, S. Feener and R. Fusco re notice of effective date | 0.2 | 129.00 |
| 05/31/19 | Fusco, Renae M. | efile notice of effective date | 0.2 | 61.00 |

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/19 | Mann, Tamara K. | Revise notice of effective date and emails with A. Nguyen and R. Fusco re same | 0.3 | 193.50 |
| 05/31/19 | Fusco, Renae M. | efile withdrawal re effective date notice & re-file same | 0.2 | 61.00 |
| 05/31/19 | Fusco, Renae M. | coordinate service of effective date notice | 0.1 | 30.50 |
| | | **Total** | **27.7** | **17,967.00** |

**Task Code:      B360      Professional Retention (Others - Filing)**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/19 | Fusco, Renae M. | coordinate service of suppl OCP notice | 0.2 | 61.00 |
| | | **Total** | **0.2** | **61.00** |

**Task Code:      B410      General Case Strategy**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/19 | Remming, Andrew | review email from D. Demko re update | 0.1 | 75.00 |
| 05/13/19 | Remming, Andrew | participate in weekly update call | 0.4 | 300.00 |
| 05/20/19 | Remming, Andrew | participate in weekly update call | 0.6 | 450.00 |
| | | **Total** | **1.1** | **825.00** |

**Task Code:      B420      Schedules/SOFA/U.S. Trustee Reports**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/19 | Remming, Andrew | review email from D. Demko re MOR | 0.1 | 75.00 |
| 04/30/19 | Remming, Andrew | review email from T. Lynch re March MOR; review email from T. Mann re same | 0.1 | 75.00 |
| 05/05/19 | Remming, Andrew | review and respond to email from T. Lynch re MORs | 0.1 | 75.00 |
| 05/06/19 | Remming, Andrew | review email from N. Hoover re MORs | 0.1 | 75.00 |
| 05/06/19 | Remming, Andrew | review email from C. Bryant re MORs | 0.1 | 75.00 |

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/29/19 | Mann, Tamara K. | Emails with D. Demko and M. Maddox re April MOR | 0.2 | 129.00 |
| 05/29/19 | Maddox, Marisa | file and serve MOR | 0.2 | 61.00 |
| 05/29/19 | Remming, Andrew | emails (3x) re MOR | 0.1 | 75.00 |
| | | **Total** | **1.0** | **640.00** |

**EXHIBIT B**

**MONTHLY EXPENSE SUMMARY**

**OREXIGEN THERAPEUTICS, INC.**
**(Case No. 18-10518 (JTD))**

**March 12, 2018 through May 31, 2019**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $1,856.75 |
| Transcripts | | 4,339.55 |
| Photos/Art/Spec. Duplicating | | 2,203.12 |
| In House Printing – Color | | 752.00 |
| In House Printing – Black & White | | 3,498.80 |
| In House Duplicating – Black & White | | 1,474.00 |
| Computer Research | Westlaw | 649.23 |
| Meals | | 2,181.32 |
| Messenger Service | | 585.92 |
| Efiling | | 22.25 |
| Courier/Delivery Service | | 427.25 |
| In-House Duplicating-Color | | 4.00 |
| Hotel Accommodations | | 313.20 |
| Pacer | | 2,289.20 |
| Postage | | 3.68 |
| Paralegal Overtime | | 3,605.81 |
| Secretarial Overtime | | 60.53 |
| Support Staff Overtime | | 15.06 |
| Conference Calls | | 400.19 |
| **Grand Total** | | $24,681.86 |

11

12850556.1

Orexigen Therapeutics, Inc.

| | |
|---|---|
| Invoice Date: | June 19, 2019 |
| Invoice Number: | 1906338 |
| Matter Number: | 52739-0002 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 04/17/19 | Messenger Service - USBC - 4/17/2019 | 1.0 | 5.00 |
| 04/23/19 | Messenger Service - USBC - 4/23/2019 | 1.0 | 5.00 |
| 04/24/19 | Messenger Service - USBC - 4/24/2019 | 1.0 | 5.00 |
| 04/26/19 | Messenger Service - USBC - 4/26/2019 | 1.0 | 5.00 |
| 05/09/19 | Pacer | 181.0 | 18.10 |
| 05/09/19 | In-House Printing - black & white | 492.0 | 49.20 |
| 05/13/19 | In-House Printing - black & white | 205.0 | 20.50 |
| 05/14/19 | Pacer | 42.0 | 4.20 |
| 05/14/19 | Secretarial Overtime | 1.0 | 60.53 |
| 05/14/19 | In-House Printing - color | 37.0 | 29.60 |
| 05/14/19 | In-House Printing - black & white | 109.0 | 10.90 |
| 05/15/19 | Pacer | 343.0 | 34.30 |
| 05/15/19 | In-House Printing - black & white | 198.0 | 19.80 |
| 05/15/19 | In-House Printing - color | 40.0 | 32.00 |
| 05/15/19 | Messenger Service - USBC - 5/15/2019 | 1.0 | 5.00 |
| 05/15/19 | In-House Duplicating | 820.0 | 82.00 |
| 05/16/19 | Messenger Service - USBC - 5/16/2019 | 1.0 | 5.00 |
| 05/17/19 | Pacer | 384.0 | 38.40 |
| 05/17/19 | In-House Printing - black & white | 210.0 | 21.00 |
| 05/17/19 | Transcripts - Expedited transcript - 05/17/2019 | 1.0 | 145.50 |
| 05/17/19 | In-House Duplicating | 1,640.0 | 164.00 |
| 05/23/19 | Pacer | 26.0 | 2.60 |
| 05/29/19 | Pacer | 125.0 | 12.50 |
| 05/30/19 | Pacer | 4.0 | 0.40 |
| | **Total** | | **$775.53** |

**<u>Exhibit C</u>**
**Customary and Comparable Compensation Disclosures**

12850556.1

Morris Nichols's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys.  In addition, Morris Nichols's hourly rates for bankruptcy services are comparable to the rates charged by Morris Nichols, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

The blended hourly rate for all Morris Nichols timekeepers who worked on these cases is approximately the same as the firm's blended rate for all timekeepers over a Comparable Period (defined below). In particular, the blended hourly rate for all Morris Nichols timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters")[1] during the 12-month period beginning May 1, 2018 and ending on May 1, 2019 (the "Comparable Period") was, in the aggregate, approximately $607.94.[2]  By comparison, the blended hourly rate for all Morris Nichols timekeepers (including both professionals and paraprofessionals) who worked on these cases during the Monthly Application Period was, in the aggregate, $616.65.

The following table shows blended hourly rates by category of professional and paraprofessional (rounded to the nearest dollar):

| Position at Morris Nichols | Blended Hourly Rate for Application Period | Blended Hourly Rate Non-Chapter 11 Matters |
| --- | --- | --- |
| Partner | $798.70 | $804.86 |
| Associate | $645.85 | $478.61 |
| Special Counsel | $0.00 | $599.24 |
| Paralegal | $305.00 | $279.61 |
| Litigation Support Specialists | $0.00 | $313.17 |
| Case Clerk | $165.00 | $160.09 |

---

[1]  It is the nature of Morris Nichols's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Morris Nichols's Business Reorganization and Restructuring Group.  Accordingly, Non-Chapter 11 Matters consist of matters for which Morris Nichols timekeepers represented a client in a matter *other than* court-approved chapter 11 representations.  The Non-Chapter 11 Matters include time billed by Morris Nichols timekeepers who work within Morris Nichols's Business Reorganization and Restructuring Group.

[2]  Morris Nichols calculated the blended rate for Non-Chapter 11 Matters by dividing the *total dollar amount* billed by Morris Nichols timekeepers to Non-Chapter 11 Matters during the Comparable Period by the *total number of hours* billed by such Morris Nichols timekeepers to Non-Chapter 11 Matters during the same period.

**<u>Exhibit D</u>**
**Final Application Summary**


**Cover Sheet of Fee Application (UST Guidelines Exh. E)**

| Application Summary | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | Orexigen Therapeutics, Inc. |
| Time period covered by Final Application | March 12, 2018 through May 31, 2018 |
| Total compensation sought during Final Period | $961,740.00 |
| Total expenses sought during Final Period | $24,681.86 |
| Petition Date | March 12, 2018 |
| Retention Date | March 12, 2018 |
| Date of order approving employment | April 11, 2018 |
| Total allowed compensation paid to date | $858,244.00 |
| Total allowed expenses paid to date | $22,504.78 |
| Total compensation approved by interim order to date | $858,244.00 |
| Total expenses approved by interim order to date | $22,504.78 |
| Blended rate in the Final Application for all attorneys | $612.54 |
| Blended rate in the Final Application for all timekeepers | $539.18 |
| Compensation sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed | $32,657.20 |
| Expenses sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed | $1,075.55 |
| Number of professionals included in Final Application | 22 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client | 17 |

| | |
|---|---|
| If applicable, difference between fees budgeted and compensation sought for the Application Period | ($382,335.50) |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 14 |
| Are any rates higher than those approved or disclosed at retention | No |

<u>**Exhibit E**</u>

**Budget and Staffing Plan**

**Application Period Budget**

| Period Covered | Actual | Forecast | Difference between actual and forecast |
|---|---|---|---|
| March 2018 | $115,128.50 | $150,000.00 | ($34,871.50) |
| April 2018 | $226,102.50 | $200,000.00 | $26,102.50 |
| May 2018 | $86,382.50 | $250,000.00 | ($163,617.50) |
| June 2018 | $107,212.00 | $120,000.00 | ($12,788.00) |
| July 2018 | $151,564.50 | $120,000.00 | $31,564.50 |
| August 2018 | $35,583.00 | $112,500.00 | ($79,917.00) |
| September 2018 | $35,780.00 | $90,000.00 | ($54,220.00) |
| October 2018 | $22,161.50 | $90,000.00 | ($67,838.50) |
| November 2018 | $7,930.00 | $90,000.00 | ($82,070.00) |
| December 2018 | $24,031.00 | $48,750.00 | ($24,719.00) |
| January 2019 | $23,443.50 | $48,750.00 | ($25,306.50) |
| February 2019 | $22,925.00 | $48,750.00 | ($25,825.00) |
| March 2019 | $40,821.50 | $52,500.00 | ($11,678.50) |
| April 2019 | $28,697.00 | $52,500.00 | ($23,803.00) |
| May 2019 | $33,977.50 | $52,500.00 | ($18,522.50) |
| **Total** | **$961,740.00** | **$1,526,250.00** | **($382,335.50)** |

## Application Period Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 2 | 5 | $1,050.00 | $744.00 |
| Associate | 2 | 11 | $600.00 | $503.12 |
| Other Professionals | 1 | 6 | $300.00 | $293.07 |
| **Aggregate Attorney Average** | | | $825.00 | $578.40 |
| **Aggregate Non-Attorney Average** | | | $300.00 | $293.07 |